UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| CRAIG BREWER, individually and on behalf of all similarly situated persons,<br><br>    Plaintiff,<br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>    Defendant. | Case No. 1:25-cv-00904-CCE-JLW |

**DEFENDANT STATE FARM MUTUAL
AUTOMOBILE INSURANCE COMPANY'S MOTION
TO DISMISS AND STRIKE CLASS ALLEGATIONS
OR, IN THE ALTERNATIVE, TO COMPEL
APPRAISAL AND STAY THE ACTION**

Defendant State Farm Mutual Automobile Insurance Company respectfully moves this Court for an order dismissing Plaintiff's Complaint (ECF 1) under Federal Rule of Civil Procedure 12(b)(1) for lack of subject matter jurisdiction because Plaintiff lacks standing to bring his claims, under Rule 12(b)(6) for failure to state a claim upon which relief may be granted, and striking Plaintiff's class allegations under Federal Rule of Civil Procedure 12(f). In the alternative, Defendant moves to compel an appraisal under Plaintiff's Policy with State Farm and stay this case.

In support of this motion, State Farm relies on the pleadings and its brief submitted pursuant to LR 7.3(a) filed contemporaneously and the documents referred to therein, as well as the Declaration of Daniel F. Diffley, attached to this motion as Exhibit A.

State Farm prays the Court enter an Order:

1

(1) Dismissing Plaintiff's Complaint with prejudice for lack of subject matter jurisdiction, or alternatively for failure to state a claim upon which relief may be granted;

(2) Striking Plaintiff's class allegations;

(3) In the alternative, compelling an appraisal under Plaintiff's Policy with State Farm and staying this case pending the completion of the appraisal; and

(4) Granting such other and further relief as the Court deems just and proper.

Date: November 25, 2025

Respectfully submitted,

*/s/ Matthew P. McGuire*
Matthew P. McGuire
**ALSTON & BIRD LLP**
555 Fayetteville St., Suite 600
Raleigh, NC 27601
+1 919 862 2279 (Office)
matt.mcguire@alston.com

Daniel F. Diffley (special appearance forthcoming)
Blake M. Simon (special appearance forthcoming)
Melissa G. Quintana (special appearance forthcoming)
**ALSTON & BIRD LLP**
1201 W. Peachtree Street
Atlanta, Georgia 30309
Telephone: (404) 881-7000
dan.diffley@alston.com
blake.simon@alston.com
melissa.quintana@alston.com

*Counsel for Defendant State Farm Mutual Automobile Insurance Company*

## CERTIFICATE OF COMPLIANCE: MEET AND CONFER

I hereby certify that on November 24, 2025, in accordance with the Court's order on November 1, 2025, counsel for State Farm and Plaintiff discussed this motion in a meet and confer. Plaintiff, by and through his counsel, indicated his intent to oppose this motion.

Date: November 25, 2025

Respectfully submitted,

/s/ *Matthew P. McGuire*
**ALSTON & BIRD LLP**
555 Fayetteville St., Suite 600
Raleigh, NC 27601
Telephone: (919) 862-2279
matt.mcguire@alston.com

*Counsel for State Farm Mutual Automobile Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on November 25, 2025, a true and correct copy of the foregoing was filed with the Clerk of the Court by using the CM/ECF system, which will send a copy to all counsel of record, and was sent via email to the following:

Kelly Ann Stevens
kstevens@hemmingsandstevens.com

Aaron C. Hemmings
ahemmings@hemmingsandstevens.com

Date: November 25, 2025

Respectfully submitted,

/s/ *Matthew P. McGuire*
**ALSTON & BIRD LLP**
555 Fayetteville St., Suite 600
Raleigh, NC 27601
Telephone: (919) 862-2279
matt.mcguire@alston.com

*Counsel for State Farm Mutual Automobile Insurance Company*