# Exhibit A

Craig Brewer CCC One Market Valuation Report

# CCC ONE MARKET VALUATION REPORT

*Prepared for STATE FARM INSURANCE COMPANIES*

## REPORT SUMMARY

### CLAIM INFORMATION

| | |
|---|---|
| Owner | Brewer, Craig<br>5188 Waldron Meadow Dr<br>Charlotte, NC 28226-8801 |
| Loss Vehicle | 2021 Genesis GV80 AWD |
| Loss Incident Date | 04/24/2023 |
| Claim Reported | 05/08/2023 |

### INSURANCE INFORMATION

| | |
|---|---|
| Report Reference Number | 112950842 |
| Claim Reference | 33-49C2-65Q01 |
| Claim Rep | Rodriguez, Pedro |
| Appraiser | Fowler, Nathan |
| Odometer | 18,094 |
| Last Updated | 05/08/2023 08:48 AM |

### VALUATION SUMMARY

| | |
|---|---|
| **Base Vehicle Value** | **$ 56,772.00** |
| **Adjusted Vehicle Value** | **$ 56,772.00** |
| Vehicular Tax (3%) | + $ 1,703.16 |
| Tax reflects applicable state, county and municipal taxes. | |
| **Value before Deductible** | **$ 58,475.16** |
| Deductible* | - $ 500.00 |
| **Total** | **$ 57,975.16** |

Adjustments indicated with an Asterisk (*) have been determined by STATE FARM INSURANCE COMPANIES and have been added here for convenience.

The total may not represent the total of the settlement as other factors (e.g. license and fees) may need to be taken into account.

The CCC ONE® Market Valuation Report reflects CCC Intelligent Solutions Inc.'s opinion as to the value of the loss vehicle, based on information provided to CCC by STATE FARM INSURANCE COMPANIES.

Loss vehicle has 44% fewer than average mileage of 32,500.

**BASE VEHICLE VALUE**

This is derived per our Valuation methodology described on the next page.

**ADJUSTED VEHICLE VALUE**

This is determined by adjusting the Base Vehicle Value to account for the actual condition of the loss vehicle and certain other reported attributes, if any, such as refurbishments and after factory equipment.

### Inside the Report


Valuation Methodology............................2
Vehicle Information.................................3
Vehicle Condition....................................7
Comparable Vehicles.............................. 9
Valuation Notes.................................... 14
Supplemental Information.......................15


© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.

# VALUATION METHODOLOGY

**How was the valuation determined?**

## CLAIM INSPECTION

STATE FARM INSURANCE COMPANIES has provided CCC with the zip code where the loss vehicle is garaged, loss vehicle VIN, mileage, equipment, as well as loss vehicle condition, which is used to assist in determining the value of the loss vehicle.

## DATABASE REVIEW

CCC maintains an extensive database of vehicles that currently are or recently were available for sale in the U.S. This database includes vehicles that CCC employees have physically inspected, as well as vehicles advertised for sale by dealerships or private parties. All of these sources are updated regularly.

## SEARCH FOR COMPARABLES

When a valuation is created the database is searched and comparable vehicles in the area are selected. The zip code where the loss vehicle is garaged determines the starting point for the search. Comparable vehicles are similar to the loss vehicle based on relevant factors.

## CALCULATE BASE VEHICLE VALUE

Adjustments to the price of the selected comparable vehicles are made to reflect differences in vehicle attributes, including mileage and options. Dollar adjustments are based upon market research.

Finally, the Base Vehicle Value is the weighted average of the adjusted values of the comparable vehicles based on the following factors:

- Source of the data (such as inspected versus advertised)
- Similarity (such as equipment, mileage, and year)
- Proximity to the loss vehicle's primary garage location
- Recency of information

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.

# VEHICLE INFORMATION

## VEHICLE DETAILS

| | |
|---|---|
| Location | CHARLOTTE, NC 28226-8801 |
| VIN | KMUHCESC1MU062453 |
| Year | 2021 |
| Make | Genesis |
| Model | GV80 |
| Body Style | AWD |
| Body Type | Sports Utility |
| Engine - | |
| Cylinders | 6 |
| Displacement | 3.5L |
| Induction | Turbocharged |
| Fuel Type | Gasoline |
| Carburation | Port/Direct Injection |
| Transmission | Automatic Transmission 4 Wheel Drive |
| Curb Weight | 5038 lbs |

Vehicles sold in the United States are required to have a manufacturer assigned Vehicle Identification Number(VIN). This number provides certain specifications of the vehicle.

Please review the information in the Vehicle Information Section to confirm the reported mileage and to verify that the information accurately reflects the options, additional equipment or other aspects of the loss vehicle that may impact the value.

## VEHICLE HISTORY SUMMARY

| | | |
|---|---|---|
| CCC VINguard® | | |
| | 1 Vehicle Market History Information | 10/26/2021 |
| Experian AutoCheck | No Title Problem Found | |
| National Highway Traffic Safety Administration | 3 Recalls | |

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.

# VEHICLE INFORMATION

## VEHICLE EQUIPMENT

| | | |
|---|---|---|
| **Package 1:** | Advanced | |
| **Odometer** | 18,094 | |
| **Transmission** | Automatic Transmission | ✓ |
| | 4 Wheel Drive | ✓ |
| **Power** | Power Steering | ✓ |
| | Power Brakes | ✓ |
| | Power Windows | ✓ |
| | Power Locks | ✓ |
| | Power Mirrors | ✓ |
| | Power Driver Seat | ✓ |
| | Power Passenger Seat | ✓ |
| | Power Trunk/Liftgate | ✓ |
| **Decor/Convenience** | Air Conditioning | ✓ |
| | Climate Control | ✓ |
| | Dual Air Conditioning | ✓ |
| | Tilt Wheel | ✓ |
| | Cruise Control | ✓ |
| | Rear Defogger | ✓ |
| | Intermittent Wipers | ✓ |
| | Console/Storage | ✓ |
| | Overhead Console | ✓ |
| | Memory Package | ✓ |
| | Navigation System | ✓ |
| | Keyless Entry | ✓ |
| | Telescopic Wheel | ✓ |
| | Heated Steering Wheel | ✓ |
| | Message Center | ✓ |
| | Home Link | ✓ |
| | Remote Starter | ✓ |
| | Wood Interior Trim | ✓ |
| **Seating** | Bucket Seats | ✓ |
| | Leather Seats | ✓ |

To the left is the equipment of the loss vehicle that STATE FARM INSURANCE COMPANIES provided to CCC.

✓ **Standard** This equipment is included in the base configuration of the vehicle at time of purchase.

**Additional** Equipment that is not Standard but was noted to be on the loss vehicle.

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.

# VEHICLE INFORMATION

## VEHICLE EQUIPMENT

| | | |
|---|---|---|
| | Heated Seats | ✓ |
| | Rear Heated Seats | 📋 |
| | Ventilated Seats | ✓ |
| **Radio** | AM Radio | ✓ |
| | FM Radio | ✓ |
| | Stereo | ✓ |
| | Search/Seek | ✓ |
| | Steering Wheel Touch Controls | ✓ |
| | Auxiliary Audio Connection | ✓ |
| | Premium Radio | 📋 |
| | Satellite Radio | ✓ |
| **Wheels** | 20" Or Larger Wheels | ✓ |
| **Roof** | Electric Glass Roof | ✓ |
| | Skyview Roof | ✓ |
| **Safety/Brakes** | Air Bag (Driver Only) | ✓ |
| | Passenger Air Bag | ✓ |
| | Anti-lock Brakes (4) | ✓ |
| | 4-wheel Disc Brakes | ✓ |
| | Front Side Impact Air Bags | ✓ |
| | Head/Curtain Air Bags | ✓ |
| | Backup Camera | ✓ |
| | Surround View Camera | 📋 |
| | Parking Sensors | ✓ |
| | Rear Side Impact Air Bags | ✓ |
| | Hands Free | ✓ |
| | Heads Up Display | 📋 |
| | Xenon Or L.E.D. Headlamps | ✓ |
| | Alarm | ✓ |
| | Traction Control | ✓ |
| | Stability Control | ✓ |
| | Intelligent Cruise | ✓ |
| | Lane Departure Warning | ✓ |
| | Blind Spot Detection | ✓ |

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.

# VEHICLE INFORMATION

## VEHICLE EQUIPMENT

| | | |
|---|---|---|
| **Exterior/Paint/Glass** | Dual Mirrors | ✓ |
| | Heated Mirrors | ✓ |
| | Privacy Glass | ✓ |
| | Luggage/Roof Rack | ✓ |
| | Rear Spoiler | ✓ |
| | Rear Window Wiper | ✓ |
| | Signal Integrated Mirrors | ✓ |
| | Clearcoat Paint | ✓ |

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.

# VEHICLE CONDITION

## COMPONENT CONDITION

| | Condition | Inspection Notes/Guidelines | Value Impact |
|---|---|---|---|
| **INTERIOR** | | | |
| Seats | AVERAGE PRIVATE | **Guideline:** Clean. No significant tears, holes and/or burn marks. No significant wear. No bare spots. Lightly worn primarily in driver's area. | $ 0 |
| Carpets | AVERAGE PRIVATE | **Guideline:** Clean. No significant tears, holes and/or burn marks. No significant wear. No bare spots. Lightly worn primarily in driver's area. | $ 0 |
| Dashboard | AVERAGE PRIVATE | **Guideline:** Few small scratches and/or gouges. Minimal damage to components. Light wear. | $ 0 |
| Headliner | AVERAGE PRIVATE | **Guideline:** Clean. No significant holes and/or burn marks. No significant scuffing. | $ 0 |
| **EXTERIOR** | | | |
| Sheet Metal | AVERAGE PRIVATE | **Guideline:** Few dings. No rust. All panels intact and properly aligned. | $ 0 |
| Trim | AVERAGE PRIVATE | **Guideline:** No broken and/or missing components. No dents. Few dings. | $ 0 |
| Paint | AVERAGE PRIVATE | **Guideline:** Few small chips and/or scratches. No peeling and/or flaking. Minor swirl marks. Slight Fading. | $ 0 |
| Glass | AVERAGE PRIVATE | **Guideline:** Light surface scratches and/or pitting. | $ 0 |
| **MECHANICAL** | | | |
| Engine | AVERAGE PRIVATE | **Guideline:** Minor seepage. Belts and hoses firm, show minimal wear. Minimal dirt and grease in engine compartment. | $ 0 |
| Transmission | AVERAGE PRIVATE | **Guideline:** Fluid slightly discolored. A few areas of seepage. | $ 0 |

STATE FARM INSURANCE COMPANIES uses condition inspection guidelines to determine the condition of key components of the loss vehicle prior to the loss. The guidelines describe physical characteristics for these key components, for the condition selected based upon age. Inspection Notes reflect observations from the appraiser regarding the loss vehicle’s condition.

CCC makes dollar adjustments that reflect the impact the reported condition has on the value of the loss vehicle as compared to Average Private condition. These dollar adjustments are based upon interviews with dealerships across the United States.

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.

# VEHICLE CONDITION

## COMPONENT CONDITION

| | Condition | Inspection Notes/Guidelines | Value Impact |
|---|---|---|---|
| **TIRES** | | | |
| Front Tires | AVERAGE PRIVATE | **Guideline:** 41% to 68% of new. Example: Typical new car tires are 11/32, loss measures at 5/32 = 46% (5/11) | $ 0 |
| Rear Tires | AVERAGE PRIVATE | **Guideline:** 41% to 68% of new. Example: Typical new car tires are 11/32, loss measures at 5/32 = 46% (5/11) | $ 0 |
| **Total Condition Adjustments** | | | **$ 0** |

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.

# COMPARABLE VEHICLES

| Options | Loss Vehicle | Comp 1 | Comp 2 | Comp 3 |
|---|---|---|---|---|
| Advanced | ✔ | ✔ | ✔ | ✘ |
| Odometer | 18,094 | 31,222 | 10,919 | 24,637 |
| Automatic Transmission | ✔ | ✔ | ✔ | ✔ |
| 4 Wheel Drive | ✔ | ✔ | ✔ | ✔ |
| Power Steering | ✔ | ✔ | ✔ | ✔ |
| Power Brakes | ✔ | ✔ | ✔ | ✔ |
| Power Windows | ✔ | ✔ | ✔ | ✔ |
| Power Locks | ✔ | ✔ | ✔ | ✔ |
| Power Mirrors | ✔ | ✔ | ✔ | ✔ |
| Power Driver Seat | ✔ | ✔ | ✔ | ✔ |
| Power Passenger Seat | ✔ | ✔ | ✔ | ✔ |
| Power Trunk/Liftgate | ✔ | ✔ | ✔ | ✔ |
| Air Conditioning | ✔ | ✔ | ✔ | ✔ |
| Climate Control | ✔ | ✔ | ✔ | ✔ |
| Dual Air Conditioning | ✔ | ✔ | ✔ | ✔ |
| Tilt Wheel | ✔ | ✔ | ✔ | ✔ |
| Cruise Control | ✔ | ✔ | ✔ | ✔ |
| Rear Defogger | ✔ | ✔ | ✔ | ✔ |
| Intermittent Wipers | ✔ | ✔ | ✔ | ✔ |
| Console/Storage | ✔ | ✔ | ✔ | ✔ |
| Overhead Console | ✔ | ✔ | ✔ | ✔ |
| Memory Package | ✔ | ✔ | ✔ | ✔ |
| Navigation System | ✔ | ✔ | ✔ | ✔ |
| Keyless Entry | ✔ | ✔ | ✔ | ✔ |
| Telescopic Wheel | ✔ | ✔ | ✔ | ✔ |
| Heated Steering Wheel | ✔ | ✔ | ✔ | ✔ |
| Message Center | ✔ | ✔ | ✔ | ✔ |
| Home Link | ✔ | ✔ | ✔ | ✔ |
| Remote Starter | ✔ | ✔ | ✔ | ✔ |
| Wood Interior Trim | ✔ | ✔ | ✔ | ✔ |
| Bucket Seats | ✔ | ✔ | ✔ | ✔ |
| Reclining/Lounge Seats | ✘ | ✔ | ✔ | ✘ |
| Leather Seats | ✔ | ✔ | ✔ | ✔ |
| Heated Seats | ✔ | ✔ | ✔ | ✔ |
| Rear Heated Seats | ✔ | ✔ | ✔ | ✔ |
| Ventilated Seats | ✔ | ✔ | ✔ | ✔ |
| AM Radio | ✔ | ✔ | ✔ | ✔ |
| FM Radio | ✔ | ✔ | ✔ | ✔ |
| Stereo | ✔ | ✔ | ✔ | ✔ |
| Search/Seek | ✔ | ✔ | ✔ | ✔ |

**Comp 1** Updated Date: 04/02/2023
**2021 Genesis Gv80 Awd 6 3.5l Gasoline Turbocharged Port/direct Injection**
**VIN** KMUHCESC3MU056878
**Dealership** South Charlotte Hyundai
**Telephone** (980) 224-5870
**Source** Autotrader
**Stock #** CL56878
**Distance from Charlotte, NC**
4 Miles - Pineville, NC

**Comp 2** Updated Date: 02/19/2023
**2021 Genesis Gv80 Awd 6 3.5l Gasoline Turbocharged Port/direct Injection**
**VIN** KMUHCESC9MU066332
**Dealership** Paramount Hyundai Of Hickory
**Telephone** (828) 214-5595
**Source** Autotrader
**Stock #** H9257A1
**Distance from Charlotte, NC**
51 Miles - Hickory, NC

**Comp 3** Updated Date: 02/22/2023
**2021 Genesis Gv80 Awd 6 3.5l Gasoline Turbocharged Port/direct Injection**
**VIN** KMUHCESC6MU037273
**Dealership** Alfa Romeo Fiat At Benson
**Telephone** (864) 662-6046
**Source** Dealer Ad
**Distance from Charlotte, NC**
82 Miles - Greer, SC

**Comparable vehicles** used in the determination of the Base Vehicle Value are not intended to be replacement vehicles but are reflective of the market value, and may no longer be available for sale.

**List Price** is the sticker price of an inspected dealer vehicle and the advertised price for the advertised vehicle.

**Distance** is based upon a straight line between loss and comparable vehicle locations.

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.

# COMPARABLE VEHICLES

| Options | Loss Vehicle | Comp 1 | Comp 2 | Comp 3 |
|---|---|---|---|---|
| Steering Wheel Touch Controls | ✓ | ✓ | ✓ | ✓ |
| Auxiliary Audio Connection | ✓ | ✓ | ✓ | ✓ |
| Premium Radio | ✓ | ✓ | ✓ | ✓ |
| Satellite Radio | ✓ | ✓ | ✓ | ✓ |
| Aluminum/Alloy Wheels | ✗ | ✓ | ✓ | ✗ |
| 20" Or Larger Wheels | ✓ | ✗ | ✗ | ✓ |
| Locking Wheels | ✗ | ✗ | ✓ | ✗ |
| Electric Glass Roof | ✓ | ✓ | ✓ | ✓ |
| Skyview Roof | ✓ | ✓ | ✓ | ✓ |
| Drivers Side Air Bag | ✓ | ✓ | ✓ | ✓ |
| Passenger Air Bag | ✓ | ✓ | ✓ | ✓ |
| Anti-lock Brakes (4) | ✓ | ✓ | ✓ | ✓ |
| 4-wheel Disc Brakes | ✓ | ✓ | ✓ | ✓ |
| Front Side Impact Air Bags | ✓ | ✓ | ✓ | ✓ |
| Head/Curtain Air Bags | ✓ | ✓ | ✓ | ✓ |
| Backup Camera | ✓ | ✓ | ✓ | ✓ |
| Surround View Camera | ✓ | ✓ | ✓ | ✗ |
| Parking Sensors | ✓ | ✓ | ✓ | ✓ |
| Rear Side Impact Air Bags | ✓ | ✓ | ✓ | ✓ |
| Communications System | ✗ | ✓ | ✗ | ✗ |
| Hands Free | ✓ | ✓ | ✓ | ✓ |
| Heads Up Display | ✓ | ✓ | ✓ | ✓ |
| Xenon Or L.E.D. Headlamps | ✓ | ✓ | ✓ | ✓ |
| Alarm | ✓ | ✓ | ✓ | ✓ |
| Traction Control | ✓ | ✓ | ✓ | ✓ |
| Stability Control | ✓ | ✓ | ✓ | ✓ |
| Intelligent Cruise | ✓ | ✓ | ✓ | ✓ |
| Lane Departure Warning | ✓ | ✓ | ✓ | ✓ |
| Blind Spot Detection | ✓ | ✓ | ✓ | ✓ |
| Dual Mirrors | ✓ | ✓ | ✓ | ✓ |
| Heated Mirrors | ✓ | ✓ | ✓ | ✓ |
| Privacy Glass | ✓ | ✓ | ✓ | ✓ |
| Luggage/Roof Rack | ✓ | ✓ | ✓ | ✓ |
| Rear Spoiler | ✓ | ✓ | ✓ | ✓ |
| Rear Window Wiper | ✓ | ✓ | ✓ | ✓ |
| Signal Integrated Mirrors | ✓ | ✓ | ✓ | ✓ |
| Clearcoat Paint | ✓ | ✓ | ✓ | ✓ |
| **List Price** | | $ 56,299 | $ 61,900 | $ 58,250 |
| **Adjustments:** | | | | |

[1]The **Condition Adjustment** sets that comparable vehicle to Average Private condition, which the loss vehicle is also compared to in the Vehicle Condition section.

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.

# COMPARABLE VEHICLES

| | | | |
|---|---|---|---|
| Package | | | + $ 1,075 |
| Options | + $ 100 | + $ 200 | + $ 200 |
| Mileage | + $ 2,134 | - $ 877 | + $ 961 |
| Condition[1] | - $ 3,328 | - $ 3,328 | - $ 3,328 |
| **Adjusted Comparable Value** | **$ 55,205** | **$ 57,895** | **$ 57,158** |

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.

# COMPARABLE VEHICLES

## ADDITIONAL COMPARABLE VEHICLES

| Source | Vehicle | Price | Adjusted Comparable Value |
|---|---|---|---|
| **Comp 4** | | | |
| Source: Inspected Inventory<br>Paramount Hyundai<br>Hickory, NC<br>(828) 449-1122<br>51 Miles From Charlotte, NC | **2021 Genesis Gv80 Awd 6 3.5l Gasoline Turbocharged Port/direct Injection**<br>Odometer: 13,949<br>VIN: KMUHCESC9MU063981<br>Stock #: VIN3981<br>Updated Date: 02/14/2023 | $ 65,900 (Take) | $ 58,776 |
| **Comp 5** | | | |
| Source: Autotrader<br>Lexus Of Greenville<br>Greenville, SC<br>(864) 754-7106<br>88 Miles From Charlotte, NC | **2021 Genesis Gv80 Awd 6 3.5l Gasoline Turbocharged Port/direct Injection**<br>Odometer: 25,537<br>VIN: KMUHCESC4MU049891<br>Stock #: TMU049891<br>Updated Date: 03/19/2023 | $ 53,750 (List) | $ 51,530 |
| **Comp 6** | | | |
| Source: Autotrader<br>Parks Buick Gmc Greenville<br>Greenville, SC<br>(864) 990-4569<br>88 Miles From Charlotte, NC | **2021 Genesis Gv80 Awd 6 3.5l Gasoline Turbocharged Port/direct Injection**<br>Odometer: 10,938<br>VIN: KMUHCESC5MU062150<br>Stock #: 3G4081<br>Updated Date: 04/30/2023 | $ 60,997 (List) | $ 58,419 |
| **Comp 7** | | | |
| Source: Autotrader<br>Genesis Of Greer<br>Greer, SC<br>(864) 297-7022<br>80 Miles From Charlotte, NC | **2021 Genesis Gv80 Awd 6 3.5l Gasoline Turbocharged Port/direct Injection**<br>Odometer: 19,063<br>VIN: KMUHCESC6MU064263<br>Stock #: Z2177A<br>Updated Date: 05/02/2023 | $ 64,995 (List) | $ 58,523 |
| **Comp 8** | | | |

**Additional Comparable Vehicles** are in summary format, but are adjusted the same as those on the previous page.

**Comparable vehicles** used in the determination of the Base Vehicle Value are not intended to be replacement vehicles but are reflective of the market value, and may no longer be available for sale.

**List Price** is the sticker price of an inspected dealer vehicle and the advertised price for the advertised vehicle.

**Take Price** is the amount that the dealership will accept to sell the inspected vehicle, though a lower price may be obtainable through negotiation.

**Distance** is based upon a straight line between loss and comparable vehicle locations.

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.

# COMPARABLE VEHICLES

## ADDITIONAL COMPARABLE VEHICLES

| | | | |
|---|---|---|---|
| Source: Truecar<br>Century Bmw Mini<br>Greenville, SC<br>(833) 620-3604<br>88 Miles From Charlotte, NC | **2021 Genesis Gv80 Awd 6 3.5l Gasoline Turbocharged Port/direct Injection**<br>Odometer: 32,831<br>VIN: KMUHCESC6MU070709<br>Stock #: TMU070709<br>Updated Date: 02/24/2023 | $ 55,398 (List) | $ 51,450 |

**Comp 9**

| | | | |
|---|---|---|---|
| Source: Autotrader<br>Rideshift Greenville<br>Greenville, SC<br>(855) 411-6005<br>88 Miles From Charlotte, NC | **2021 Genesis Gv80 Awd 6 3.5l Gasoline Turbocharged Port/direct Injection**<br>Odometer: 8,428<br>VIN: KMUHCESC3MU031270<br>Stock #: 8PK1629<br>Updated Date: 04/30/2023 | $ 67,995 (List) | $ 60,421 |

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.

# VALUATION NOTES

This Market Valuation Report has been prepared exclusively for use by STATE FARM INSURANCE COMPANIES, and no other person or entity is entitled to or should rely upon this Market Valuation Report and/or any of its contents. CCC is one source of vehicle valuations, and there are other valuation sources available.

Regulations concerning vehicle value include North Carolina Administrative Code Section 11-04.0418.

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.

# SUPPLEMENTAL INFORMATION

## VEHICLE HISTORY INFORMATION

### VINguard®

VINguard® Message: VINguard has decoded this VIN without any errors

### Vehicle Market History Information:

This vehicle was reported to CCC on 10/26/2021 Mileage: 0

Location: in GREER, SC

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.

# SUPPLEMENTAL INFORMATION

## EXPERIAN® AUTOCHECK® VEHICLE HISTORY REPORT

| TITLE CHECK | | RESULTS FOUND |
|---|---|---|
| Abandoned | ✓ | No Abandoned Record Found |
| Damaged | ✓ | No Damaged Record Found |
| Fire Damage | ✓ | No Fire Damage Record Found |
| Grey Market | ✓ | No Grey Market Record Found |
| Hail Damage | ✓ | No Hail Damage Record Found |
| Insurance Loss | ✓ | No Insurance Loss Record Found |
| Junk | ✓ | No Junk Record Found |
| Rebuilt | ✓ | No Rebuilt Record Found |
| Salvage | ✓ | No Salvage Record Found |

| EVENT CHECK | | RESULTS FOUND |
|---|---|---|
| NHTSA Crash Test Vehicle | ✓ | No NHTSA Crash Test Vehicle Record Found |
| Frame Damage | ✓ | No Frame Damage Record Found |
| Major Damage Incident | ✓ | No Major Damage Incident Record Found |
| Manufacturer Buyback/Lemon | ✓ | No Manufacturer Buyback/Lemon Record Found |
| Odometer Problem | ✓ | No Odometer Problem Record Found |
| Recycled | ✓ | No Recycled Record Found |
| Water Damage | ✓ | No Water Damage Record Found |
| Salvage Auction | ✓ | No Salvage Auction Record Found |

| VEHICLE INFORMATION | | RESULTS FOUND |
|---|---|---|
| Accident | 📋 | Accident Record Found |
| Corrected Title | ✓ | No Corrected Title Record Found |
| Driver Education | ✓ | No Driver Education Record Found |
| Fire Damage Incident | ✓ | No Fire Damage Incident Record Found |
| Lease | ✓ | No Lease Record Found |
| Lien | ✓ | No Lien Record Found |
| Livery Use | ✓ | No Livery Use Record Found |
| Government Use | ✓ | No Government Use Record Found |
| Police Use | ✓ | No Police Use Record Found |
| Fleet | ✓ | No Fleet Record Found |
| Rental | ✓ | No Rental Record Found |
| Fleet and/or Rental | ✓ | No Fleet and/or Rental Record Found |
| Repossessed | ✓ | No Repossessed Record Found |
| Taxi use | ✓ | No Taxi use Record Found |
| Theft | ✓ | No Theft Record Found |
| Fleet and/or Lease | ✓ | No Fleet and/or Lease Record Found |
| Emissions Safety Inspection | ✓ | No Emissions Safety Inspection Record Found |
| Duplicate Title | ✓ | No Duplicate Title Record Found |

CCC provides STATE FARM INSURANCE COMPANIES information reported by Experian regarding the **2021 Genesis GV80 (KMUHCESC1MU062453)**. This data is provided for informational purposes. Unless otherwise noted in this Valuation Detail, CCC does not adjust the value of the loss vehicle based upon this information.

**LEGEND :**

- ✓ No Event Found
- ⛔ Event Found
- 📋 Information Needed

**TITLE CHECK**

THIS VEHICLE CHECKS OUT

AutoCheck's result for this loss vehicle show no significant title events. When found, events often indicate automotive damage or warnings associated with the vehicle.

**EVENT CHECK**

THIS VEHICLE CHECKS OUT

AutoCheck's result for this loss vehicle show no historical events that indicate a significant automotive problem. These problems can indicate past previous car damage, theft, or other significant problems.

**VEHICLE INFORMATION**

INFORMATION FOUND

AutoCheck found additional information on this vehicle. These records will provide more history for this loss vehicle

**ODOMETER CHECK**

THIS VEHICLE CHECKS OUT

AutoCheck's result for this loss vehicle show no indication of odometer rollback or tampering was found. AutoCheck determines odometer rollbacks by searching for records that indicate odometer readings less than a previously reported value. Other odometer events can report events of tampering, or possible odometer breakage.

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.

# SUPPLEMENTAL INFORMATION

## FULL HISTORY REPORT RUN DATE: 05/08/2023

Below are the historical events for this vehicle listed in chronological order.

| EVENT DATE | RESULTS FOUND | ODOMETER READING | DATA SOURCE | EVENT DETAIL |
|---|---|---|---|---|
| 03/07/2022 | NC | 5475 | Motor Vehicle Dept. | Title (Lien Reported) (Lease Reported) |
| 03/07/2022 | HUNTERSVILLE, NC | | Motor Vehicle Dept. | Registration Event/ Renewal (Lease Reported) |
| 10/23/2022 | BERKELEY COUNTY, SC | | State Agency | Front Impact with Another Vehicle |
| 10/23/2022 | BERKELEY COUNTY, SC | | State Agency | Vehicle Damage Reported as Disabling |
| 10/23/2022 | BERKELEY COUNTY, SC | | State Agency | Vehicle Was Towed |
| 04/24/2023 | CHARLOTTE, NC | | Police Report | Accident Reported |
| 04/24/2023 | NC | | Police Report | Air Bag Deployed |
| 04/24/2023 | NC | | Police Report | Vehicle Was Towed |

**AUTOCHECK TERMS AND CONDITIONS:**

Experian's Reports are compiled from multiple sources. It is not always possible for Experian to obtain complete discrepancy information on all vehicles; therefore, there may be other title brands, odometer readings or discrepancies that apply to a vehicle that are not reflected on that vehicle's Report. Experian searches data from additional sources where possible, but all discrepancies may not be reflected on the Report.

These Reports are based on information supplied to Experian by external sources believed to be reliable, BUT NO RESPONSIBILITY IS ASSUMED BY EXPERIAN OR ITS AGENTS FOR ERRORS, INACCURACIES OR OMISSIONS. THE REPORTS ARE PROVIDED STRICTLY ON AN "AS IS WHERE IS" BASIS, AND EXPERIAN FURTHER EXPRESSLY DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE REGARDING THIS REPORT.

YOU AGREE TO INDEMNIFY EXPERIAN FOR ANY CLAIMS OR LOSSES, INCLUDING COSTS, EXPENSES AND ATTORNEYS FEES, INCURRED BY EXPERIAN ARISING DIRECTLY OR INDIRECTLY FROM YOUR IMPROPER OR UNAUTHORIZED USE OF AUTOCHECK VEHICLE HISTORY REPORTS.

Experian shall not be liable for any delay or failure to provide an accurate report if and to the extent which such delay or failure is caused by events beyond the reasonable control of Experian, including, without limitation, "acts of God", terrorism, or public enemies, labor disputes, equipment malfunctions, material or component shortages, supplier failures, embargoes, rationing, acts of local, state or national governments, or public agencies, utility or communication failures or delays, fire, earthquakes, flood, epidemics, riots and strikes.

These terms and the relationship between you and Experian shall be governed by the laws of the State of Illinois (USA) without regard to its conflict of law provisions. You and Experian agree to submit to the personal and exclusive jurisdiction of the courts located within the county of Cook, Illinois.

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.

# SUPPLEMENTAL INFORMATION

## NHTSA VEHICLE RECALL

The National Highway Traffic Safety Administration has issued 3 safety related recall notices that may apply to the above valued vehicle.

**NHTSA Campaign ID :** 21V208000

**Mfg's Report Date :** MAR 23, 2021

**Component :** FUEL SYSTEM, GASOLINE:DELIVERY:HOSES, LINES/PIPING, AND FITTINGS

**Potential Number Of Units Affected :** 147

**Summary :** Hyundai Motor America (Hyundai) is recalling certain 2021 Genesis G80 and GV80 vehicles equipped with 2.5-litre turbo engines. The fuel tube connecting the high pressure fuel pump to the fuel rail may not seal properly, which could allow fuel to leak.

**Consequence :** A fuel leak in the presence of an ignition source can increase the risk of a fire.

**Remedy :** Hyundai will notify owners, and dealers will replace the high pressure fuel tube, free of charge. Owner notification letters were mailed on May 24, 2021. Owners may contact Hyundai customer service at 1-855-371-9460. Hyundai's number for this recall is 008G.

**Manufacturer Recall No. :** 008G

---

**NHTSA Campaign ID :** 21V796000

**Mfg's Report Date :** OCT 12, 2021

**Component :** SEAT BELTS:FRONT

**Potential Number Of Units Affected :** 978

**Summary :** Hyundai Motor America (Hyundai) is recalling certain 2021 Elantra, Elantra HEV, Venue, Genesis GV80 and 2022 Genesis GV70 vehicles. In the event of a crash, the front driver-side and/or passenger-side seat belt pretensioner(s) may explode upon deployment.

**Consequence :** An exploding seat belt pretensioner could project metal fragments into the vehicle, striking vehicle occupants and resulting in injury.

**Remedy :** Dealers will replace the seat belt pretensioners, free of charge. Owner notification letters were mailed February 10, 2022. Owners may contact Hyundai customer service at 1-855-371-9460. Hyundai's numbers for this recall are 211 and 009G. This recall is replaced by NHTSA recall numbers 22V-354 for Elantra and Elantra HEV vehicles, 22V-458 for Venue vehicles, and 23V-094 for Genesis vehicles. Elantra, Elantra HEV, Venue, and Genesis vehicles already repaired under this recall will need to have the new remedies completed.

**Manufacturer Recall No. :** 211/009G

---

**NHTSA Campaign ID :** 23V094000

**Mfg's Report Date :** FEB 15, 2023

**Potential Number Of Units Affected :** 65517

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.

# SUPPLEMENTAL INFORMATION

**Summary :** Hyundai Motor America (Hyundai) is recalling certain 2020-2023 Genesis GV80, 2021-2023 Genesis G80, 2022-2023 Genesis GV70, and 2023 Genesis GV60 vehicles. In the event of a crash, the front driver-side and/or passenger-side seat belt pretensioners may explode upon deployment.

**Consequence :** An exploding seat belt pretensioner can project metal fragments into the vehicle, strike vehicle occupants, and result in injury.

**Remedy :** Dealers will secure the seat belt pretensioners with a cap, free of charge. Owner notification letters are expected to be mailed April 17, 2023. Owners may contact Hyundai customer service at 1-855-371-9460. Hyundai's number for this recall is 012G. This recall supersedes and expands recall number 21V-796. Vehicles previously repaired under recall 21V-796 will need to have the new remedy completed.

**Manufacturer Recall No. :** 012G

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.