# Exhibit B

Stacie Smith CCC One Market Valuation Report

CCC ONE MARKET VALUATION REPORT

*Prepared for STATE FARM INSURANCE COMPANIES*

# REPORT SUMMARY

## CLAIM INFORMATION

| | |
|---|---|
| Owner | Smith, Stacie<br>711 Almora Dr<br>Charlotte, NC 28216-3068 |
| Loss Vehicle | 2004 Mitsubishi Outlander LS AWD |
| Loss Incident Date | 09/26/2022 |
| Claim Reported | 10/05/2022 |

## INSURANCE INFORMATION

| | |
|---|---|
| Report Reference Number | 109331681 |
| Claim Reference | 33-39Q7-31G01 |
| Claim Rep | Team L, Express |
| Appraiser | Hinson, Bree |
| Odometer | 269,398 |
| Last Updated | 10/07/2022 10:09 AM |

## VALUATION SUMMARY

| | |
|---|---|
| **Base Vehicle Value** | **$ 2,882.00** |
| Condition Adjustment | - $ 121.00 |
| **Adjusted Vehicle Value** | **$ 2,761.00** |
| Vehicular Tax (3%) | + $ 82.83 |
| Tax reflects applicable state, county and municipal taxes. | |
| **Value before Deductible** | **$ 2,843.83** |
| Deductible* | - $ 250.00 |
| **Total** | **$ 2,593.83** |

Adjustments indicated with an Asterisk (*) have been determined by STATE FARM INSURANCE COMPANIES and have been added here for convenience.

The total may not represent the total of the settlement as other factors (e.g. license and fees) may need to be taken into account.

The CCC ONE® Market Valuation Report reflects CCC Intelligent Solutions Inc.'s opinion as to the value of the loss vehicle, based on information provided to CCC by STATE FARM INSURANCE COMPANIES.

Loss vehicle has 33% greater than average mileage of 202,000.

**BASE VEHICLE VALUE**

This is derived per our Valuation methodology described on the next page.

**ADJUSTED VEHICLE VALUE**

This is determined by adjusting the Base Vehicle Value to account for the actual condition of the loss vehicle and certain other reported attributes, if any, such as refurbishments and after factory equipment.

## Inside the Report


Valuation Methodology.............................2
Vehicle Information..................................3
Vehicle Condition.....................................6
Comparable Vehicles.............................. 8
Valuation Notes..................................... 10
Supplemental Information.......................11


© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.

# VALUATION METHODOLOGY

**How was the valuation determined?**

## CLAIM INSPECTION

STATE FARM INSURANCE COMPANIES has provided CCC with the zip code where the loss vehicle is garaged, loss vehicle VIN, mileage, equipment, as well as loss vehicle condition, which is used to assist in determining the value of the loss vehicle.

## DATABASE REVIEW

CCC maintains an extensive database of vehicles that currently are or recently were available for sale in the U.S. This database includes vehicles that CCC employees have physically inspected, as well as vehicles advertised for sale by dealerships or private parties. All of these sources are updated regularly.

## SEARCH FOR COMPARABLES

When a valuation is created the database is searched and comparable vehicles in the area are selected. The zip code where the loss vehicle is garaged determines the starting point for the search. Comparable vehicles are similar to the loss vehicle based on relevant factors.

## CALCULATE BASE VEHICLE VALUE

Adjustments to the price of the selected comparable vehicles are made to reflect differences in vehicle attributes, including mileage and options. Dollar adjustments are based upon market research.

Finally, the Base Vehicle Value is the weighted average of the adjusted values of the comparable vehicles based on the following factors:

- Source of the data (such as inspected versus advertised)
- Similarity (such as equipment, mileage, and year)
- Proximity to the loss vehicle's primary garage location
- Recency of information

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.

# VEHICLE INFORMATION

## VEHICLE DETAILS

| | |
|---|---|
| Location | CHARLOTTE, NC 28216-3068 |
| VIN | JA4LZ31F64U059179 |
| Year | 2004 |
| Make | Mitsubishi |
| Model | Outlander |
| Trim | LS |
| Body Style | AWD |
| Body Type | Sports Utility |
| Engine - | |
| Cylinders | 4 |
| Displacement | 2.4L |
| Fuel Type | Gasoline |
| Carburation | SMPI |
| Transmission | Automatic Transmission Overdrive 4 Wheel Drive |
| Curb Weight | 3461 lbs |

Vehicles sold in the United States are required to have a manufacturer assigned Vehicle Identification Number(VIN). This number provides certain specifications of the vehicle.

Please review the information in the Vehicle Information Section to confirm the reported mileage and to verify that the information accurately reflects the options, additional equipment or other aspects of the loss vehicle that may impact the value.

## VEHICLE HISTORY SUMMARY

| | | |
|---|---|---|
| CCC VINguard® | | |
| | 2 Vehicle Market History Information | 02/01/2005 |
| Experian AutoCheck | No Title Problem Found | |
| National Highway Traffic Safety Administration | 4 Recalls | |

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.

# VEHICLE INFORMATION

## VEHICLE EQUIPMENT

| | | |
|---|---|---|
| **Odometer** | 269,398 | |
| **Transmission** | Automatic Transmission | ✓ |
| | Overdrive | ✓ |
| | 4 Wheel Drive | ✓ |
| **Power** | Power Steering | ✓ |
| | Power Brakes | ✓ |
| | Power Windows | ✓ |
| | Power Locks | ✓ |
| | Power Mirrors | ✓ |
| **Decor/Convenience** | Air Conditioning | ✓ |
| | Tilt Wheel | ✓ |
| | Cruise Control | ✓ |
| | Rear Defogger | ✓ |
| | Intermittent Wipers | ✓ |
| | Console/Storage | ✓ |
| | Keyless Entry | ✓ |
| **Seating** | Bucket Seats | ✓ |
| | Leather Seats | Additional |
| **Radio** | AM Radio | ✓ |
| | FM Radio | ✓ |
| | Stereo | ✓ |
| | Search/Seek | ✓ |
| | CD Player | ✓ |
| **Wheels** | Wheel Covers | ✓ |
| **Roof** | Electric Glass Roof | Additional |
| **Safety/Brakes** | Air Bag (Driver Only) | ✓ |
| | Passenger Air Bag | ✓ |
| **Exterior/Paint/Glass** | Dual Mirrors | ✓ |
| | Tinted Glass | ✓ |
| | Luggage/Roof Rack | ✓ |
| | Rear Window Wiper | ✓ |
| | Clearcoat Paint | ✓ |

To the left is the equipment of the loss vehicle that STATE FARM INSURANCE COMPANIES provided to CCC.

✓ **Standard** This equipment is included in the base configuration of the vehicle at time of purchase.

**Additional** Equipment that is not Standard but was noted to be on the loss vehicle.

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.

# VEHICLE INFORMATION

## VEHICLE EQUIPMENT

Two Tone Paint

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.

# VEHICLE CONDITION

## COMPONENT CONDITION

| | Condition | Inspection Notes/Guidelines | Value Impact |
|---|---|---|---|
| **INTERIOR** | | | |
| Seats | FAIR | **Guideline:** Heavily soiled, faded and/or discolored. Numerous large tears, holes and/or burn marks. Heavily worn and bare spots. | - $ 96 |
| Carpets | AVERAGE PRIVATE | **Guideline:** Lightly soiled and/or stained. Few small tears, holes and/or burn marks. No significant bare spots. | $ 0 |
| Dashboard | AVERAGE PRIVATE | **Guideline:** Significant scratches and/or gouges. Components damaged and/or cracked. Significant wear. | $ 0 |
| Headliner | AVERAGE PRIVATE | **Guideline:** Few small holes and/or burn marks. Lightly scuffed. | $ 0 |
| **EXTERIOR** | | | |
| Sheet Metal | AVERAGE PRIVATE | **Guideline:** Few dents and/or numerous dings. No significant surface rust. | $ 0 |
| Trim | FAIR | **Guideline:** Components broken and/or missing. Numerous dents and dings. Misaligned components. | - $ 25 |
| Paint | AVERAGE PRIVATE | **Guideline:** Few small deep chips and/or scratches. No significant peeling and/or flaking. Minor swirl marks. Slight Fading. | $ 0 |
| Glass | AVERAGE PRIVATE | **Guideline:** Light surface scratches and/or pitting. Few chips. | $ 0 |
| **MECHANICAL** | | | |
| Engine | AVERAGE PRIVATE | **Guideline:** Few small leaks. Belts and hoses firm, show minimal wear. Significant dirt and grease in engine compartment. | $ 0 |

STATE FARM INSURANCE COMPANIES uses condition inspection guidelines to determine the condition of key components of the loss vehicle prior to the loss. The guidelines describe physical characteristics for these key components, for the condition selected based upon age. Inspection Notes reflect observations from the appraiser regarding the loss vehicle's condition.

CCC makes dollar adjustments that reflect the impact the reported condition has on the value of the loss vehicle as compared to Average Private condition. These dollar adjustments are based upon interviews with dealerships across the United States.

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.

# VEHICLE CONDITION

## COMPONENT CONDITION

| | Condition | Inspection Notes/Guidelines | Value Impact |
|---|---|---|---|
| Transmission | AVERAGE PRIVATE | **Guideline:** Fluid slightly discolored. A few areas of seepage. | $ 0 |
| **TIRES** | | | |
| Front Tires | AVERAGE PRIVATE | **Guideline:** 41% to 68% of new. Example: Typical new car tires are 11/32, loss measures at 5/32 = 46% (5/11) | $ 0 |
| Rear Tires | AVERAGE PRIVATE | **Guideline:** 41% to 68% of new. Example: Typical new car tires are 11/32, loss measures at 5/32 = 46% (5/11) | $ 0 |
| **Total Condition Adjustments** | | | **- $ 121** |

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.

# COMPARABLE VEHICLES

| Options | Loss Vehicle | Comp 1 | Comp 2 |
|---|---|---|---|
| Odometer | 269,398 | 148,252 | 127,541 |
| Automatic Transmission | ✔ | ✔ | ✔ |
| Overdrive | ✔ | ✔ | ✔ |
| 4 Wheel Drive | ✔ | ✔ | ✔ |
| Power Steering | ✔ | ✔ | ✔ |
| Power Brakes | ✔ | ✔ | ✔ |
| Power Windows | ✔ | ✔ | ✔ |
| Power Locks | ✔ | ✔ | ✔ |
| Power Mirrors | ✔ | ✔ | ✔ |
| Power Driver Seat | ✘ | ✘ | ✔ |
| Air Conditioning | ✔ | ✔ | ✔ |
| Tilt Wheel | ✔ | ✔ | ✔ |
| Cruise Control | ✔ | ✔ | ✔ |
| Rear Defogger | ✔ | ✔ | ✔ |
| Intermittent Wipers | ✔ | ✔ | ✔ |
| Console/Storage | ✔ | ✔ | ✔ |
| Keyless Entry | ✔ | ✔ | ✔ |
| Cloth Seats | ✘ | ✔ | ✘ |
| Bucket Seats | ✔ | ✔ | ✔ |
| Leather Seats | ✔ | ✘ | ✔ |
| AM Radio | ✔ | ✔ | ✔ |
| FM Radio | ✔ | ✔ | ✔ |
| Stereo | ✔ | ✔ | ✔ |
| Search/Seek | ✔ | ✔ | ✔ |
| CD Player | ✔ | ✔ | ✔ |
| Premium Radio | ✘ | ✘ | ✔ |
| Wheel Covers | ✔ | ✔ | ✘ |
| Aluminum/Alloy Wheels | ✘ | ✘ | ✔ |
| Electric Glass Roof | ✔ | ✘ | ✔ |
| Drivers Side Air Bag | ✔ | ✔ | ✔ |
| Passenger Air Bag | ✔ | ✔ | ✔ |
| Front Side Impact Air Bags | ✘ | ✘ | ✔ |
| Dual Mirrors | ✔ | ✔ | ✔ |
| Tinted Glass | ✔ | ✔ | ✘ |
| Privacy Glass | ✘ | ✘ | ✔ |
| Fog Lamps | ✘ | ✘ | ✔ |
| Luggage/Roof Rack | ✔ | ✔ | ✔ |
| Rear Window Wiper | ✔ | ✔ | ✔ |
| Clearcoat Paint | ✔ | ✔ | ✔ |
| Two Tone Paint | ✔ | ✘ | ✘ |

**Comp 1** Updated Date: 08/21/2022
**2004 Mitsubishi Outlander Ls Awd 4 2.4l Gasoline Smpi**
**VIN** JA4LZ31F04U051062
**Dealership** 518 Auto Sales
**Telephone** (757) 995-6366
**Source** Autotrader
**Stock #** 7349A_1
**Distance from Charlotte, NC**
283 Miles - Norfolk, VA

**Comp 2** Updated Date: 09/28/2022
**2004 Mitsubishi Outlander Xls Awd 4 2.4l Gasoline Smpi**
**VIN** JA4LZ41F34U056939
**Dealership** Fredericksburg Public Auto Auction
**Telephone** (540) 368-2500
**Source** Dealer Ad
**Distance from Charlotte, NC**
282 Miles - Fredericksburg, VA

**Comparable vehicles** used in the determination of the Base Vehicle Value are not intended to be replacement vehicles but are reflective of the market value, and may no longer be available for sale.

**List Price** is the sticker price of an inspected dealer vehicle and the advertised price for the advertised vehicle.

**Distance** is based upon a straight line between loss and comparable vehicle locations.

[1]The **Condition Adjustment** sets that comparable vehicle to Average Private condition, which the loss vehicle is also compared to in the Vehicle Condition section.

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.

# COMPARABLE VEHICLES

| | | |
|---|---|---|
| **List Price** | $ 4,850 | $ 5,995 |
| **Adjustments:** | | |
| Make/Model/Trim | | - $ 275 |
| Options | + $ 224 | + $ 70 |
| Mileage | - $ 1,873 | - $ 2,138 |
| Condition[1] | - $ 556 | - $ 556 |
| **Adjusted Comparable Value** | **$ 2,645** | **$ 3,096** |

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.

# VALUATION NOTES

12/09/2022 17:04 - POADJ CHANGE REQUESTED BY: DRAKE,DARELL

12/09/2022 17:04 - Options removed :[Cloth Seats]

12/09/2022 17:04 - Options added :[Leather Seats,Electric Glass Roof]

12/09/2022 17:04 - Post Valuation Adjustment entered for:

10/07/2022 10:09 - POADJ CHANGE REQUESTED BY: BRUCE,BRANDON

10/07/2022 10:09 - Condition Ratings changed after Valuation

This Market Valuation Report has been prepared exclusively for use by STATE FARM INSURANCE COMPANIES, and no other person or entity is entitled to or should rely upon this Market Valuation Report and/or any of its contents. CCC is one source of vehicle valuations, and there are other valuation sources available.

Regulations concerning vehicle value include North Carolina Administrative Code Section 11-04.0418.

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.

# SUPPLEMENTAL INFORMATION

## VEHICLE HISTORY INFORMATION

### VINguard®

VINguard® Message: VINguard has decoded this VIN without any errors

### Vehicle Market History Information:

| | |
|---|---|
| This vehicle was reported to CCC on 03/17/2005 | Mileage: 17888 |
| Location: CCC Inspected in CHARLOTTE, NC | |
| This vehicle was reported to CCC on 02/01/2005 | Mileage: 17238 |
| Location: CCC Inspected in CHARLOTTE, NC | |

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.

# SUPPLEMENTAL INFORMATION

## NHTSA VEHICLE RECALL

**NHTSA Campaign ID :** 04V197000

**Mfg's Report Date :** 04/23/2004

**Component :** TRAILER HITCHES

**Potential Number Of Units Affected :** 2175

**Summary :** CERTAIN SPORT UTILITY VEHICLES MAY HAVE BEEN EQUIPPED WITH DEALER-INSTALLED TRAILER HITCH WIRING HARNESS AND CONTROL MODULE. THE ELECTRONIC CONTROL MODULE CAN OVERHEAT.

**Consequence :** OVERHEATING OF THE TRAILER HITCH WIRING HARNESS MODULE COULD RESULT IN A FIRE.

**Remedy :** OWNERS ARE BEING REQUESTED TO STOP USING THE HARNESS UNTIL A NEWLY DESIGNED REPLACEMENT IS PROVIDED AND CAN BE INSTALLED BY THE DEALER. THE RECALL BEGAN ON MAY 28, 2004. OWNERS SHOULD CONTACT MITSUBISHI AT 1-888-648-7820.

**Notes :** MITSUBISHI RECALL NO. SR-04-004. CUSTOMERS CAN ALSO CONTACT THE NATIONAL HIGHWAY TRAFFIC SAFETY ADMINISTRATION'S AUTO SAFETY HOTLINE AT 1-888-DASH-2-DOT (1-888-327-4236).

---

**NHTSA Campaign ID :** 04V428000

**Mfg's Report Date :** 08/27/2004

**Component :** EQUIPMENT:OTHER:LABELS

**Potential Number Of Units Affected :** 84989

**Summary :** CERTAIN PASSENGER VEHICLES FAIL TO CONFORM TO THE REQUIREMENTS OF FEDERAL MOTOR VEHICLE SAFETY STANDARD NO. 208, 'OCCUPANT CRASH PROTECTION.' THE BILINGUAL ENGLISH/SPANISH REMOVABLE AIR BAG WARNING LABELS AFFIXED TO THE DASH AND TO THE SUNVISOR DO NOT MEET THE SIZE REQUIREMENTS OF THE STANDARD.

**Consequence :** THIS DOES NOT MEET THE REQUIREMENTS OF THE STANDARD.

**Remedy :** MITSUBISHI CARIBBEAN WILL MAIL A CUSTOMER NOTIFICATION LETTER CONTAINING A WRITTEN DESCRIPTION AND A GRAPHIC OF THE BI-LINGUAL DASHBOARD AIR BAG WARNING LABEL. IN ADDITION, ALL CURRENT 2000-2004 NATIVA OWNERS WILL ALSO RECEIVE REPLACEMENT AIR BAG ALERT LABELS FOR THE SUN VISORS. THIS RECALL IS EXPECTED TO BEGIN DURING MARCH OR APRIL 2005. THE NOTIFICATION TO THE NATIVA OWNERS IS EXPECTED TO BEGIN DURING APRIL OR MAY 2005. OWNERS SHOULD CONTACT MITSUBISHI CARIBBEAN AT 1-787-251-8715.

The National Highway Traffic Safety Administration has issued 4 safety related recall notices that may apply to the above valued vehicle.

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.

# SUPPLEMENTAL INFORMATION

**Notes :** THE MANUFACTURER'S PETITION WHICH REQUESTED THAT NHTSA DETERMINE THIS FMVSS NONCOMPLIANCE DOES NOT CREATE AN UNREASONABLE RISK TO MOTOR VEHICLE SAFETY WAS PARTIALLY DENIED ON JANUARY 26, 2005. THEREFORE, THIS MANUFACTURER IS OBLIGATED TO CONDUCT AN OWNER NOTIFICATION AND REMEDY CAMPAIGN. CUSTOMERS CAN ALSO CONTACT THE NATIONAL HIGHWAY TRAFFIC SAFETY ADMINISTRATION'S AUTO SAFETY HOTLINE AT 1-888-327-4236.

---

**NHTSA Campaign ID :** 03V429000

**Mfg's Report Date :** 09/22/2003

**Component :** VISIBILITY:WINDSHIELD WIPER/WASHER

**Potential Number Of Units Affected :** 394

**Summary :** ON CERTAIN SPORT UTILITY VEHICLES LOCATED IN THE CARIBBEAN, DUE TO A SOFTWARE PROGRAMMING ERROR IN THE ELECTRONIC TIMING AND CONTROL SYSTEM (ETACS), WHILE USING THE INTERMITTENT WIPER MODE, THE INTERMITTENT WIPER SWEEP TIME INTERVAL MAY INCREASE AS MUCH AS 6.8 SECOND BETWEEN WIPER SWEEPS.

**Consequence :** IF THIS OCCURS DURING SEVERE WEATHER AND DURING VEHICLE'S HIGH-SPEED OPERATION, THE DRIVER VISIBILITY WOULD BE REDUCED, WHICH COULD LEAD TO A CRASH.

**Remedy :** DEALERS WILL REPLACE THE ETACS MODULE. OWNER NOTIFICATION BEGAN NOVEMBER 14, 2003. OWNERS SHOULD CONTACT MITSUBISHI CARIBBEAN AT 1-800-981-0452.

**Notes :** CUSTOMERS CAN ALSO CONTACT THE NATIONAL HIGHWAY TRAFFIC SAFETY ADMINISTRATION'S AUTO SAFETY HOTLINE AT 1-888-DASH-2-DOT (1-888-327-4236).

---

**NHTSA Campaign ID :** 16V458000

**Mfg's Report Date :** JUN 23, 2016

**Component :** SUSPENSION

**Potential Number Of Units Affected :** 174,382

**Summary :** Mitsubishi Motors North America, Inc. (MMNA) is recalling certain model year 2002-2007 Lancer, 2004 Lancer Wagon, 2003-2006 Lancer Evolution, 2003-2006 Outlander and 2007-2013 Outlander V-6 vehicles originally sold in, or ever registered in, Connecticut, Delaware, Illinois, Indiana, Iowa, Kentucky, Maine, Maryland, Massachusetts, Michigan, Minnesota, Missouri, New Hampshire, New Jersey, New York, Ohio, Pennsylvania, Rhode Island, Vermont, Virginia, West Virginia, Wisconsin and the District of Columbia. In the affected vehicles, the front lower control arms may detach due to the front cross member corroding from salt water exposure such as from road salt use.

**Consequence :** A detached front control arm can result in the loss of control of the vehicle, increasing the risk of a crash.

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.

# SUPPLEMENTAL INFORMATION

**Remedy :** MMNA will notify owners, and dealers will inspect the front cross members. Depending on the level of existing corrosion, either a sealing/anti-corrosion agent will be applied or the front cross member will be replaced with a new one that has a sealing/anti-corrosion agent applied to it. These repairs will be performed free of charge. The manufacturer has not yet provided a notification schedule. Owners may contact MMNA customer service at 1-888-648-7820. MMNA's number for this recall is SR-16-003.

**Notes :** Owners may also contact the National Highway Traffic Safety Administration Vehicle Safety Hotline at 1-888-327-4236 (TTY 1-800-424-9153), or go to www.safercar.gov.

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.

# CCC ONE. FEE INFORMATION - CARRIER RETAINED

Owner: Smith, Stacie
Claim: 33-39Q7-31G01
Company: STATE FARM INSURANCE COMPANIES

## CARRIER RETAINED VEHICLE FEES

| | |
|---|---|
| Zip: | 28216 |
| Zip+4: | 3068 |
| Plates are: | Transferable |
| Salvage retained by: | Insurance Carrier |
| Third Party Vehicle: | No |

**Title Fees**

| | |
|---|---|
| Certificate of Title | $ 56.00 |

**Registration Fees**

| | |
|---|---|
| Registration Fee | $ 38.75 |
| **Total Title, Registration and Other Fees** | **$ 94.75** |

Fees listed have been identified to be applicable for reimbursement by the STATE FARM INSURANCE COMPANIES based on information provided by STATE FARM INSURANCE COMPANIES. Fees may include title, registration, license plate transfer and other related state/jurisdictional fees.

Fees are determined by vehicle attributes, provided by the Insurance company, including, but not limited to, vehicle type, size, weight, primary usage, vehicle salvaged, or owner retained.

Reference links are provided for informational purposes only. The links and content contained in the links are not produced, maintained or affiliated with CCC, and CCC bears no responsibility for the content provided therein.

*One or more inputs may be based on the following preset values provided by STATE FARM INSURANCE COMPANIES. Any updates to these inputs are reflected both in the Valuation Notes section and under Vehicle Fees on this page.

Salvage retained by : Carrier
Plates are : Transferable

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.