# Exhibit C

Regina Barrier CCC One Market Valuation Report

# MARKET VALUATION REPORT

*Prepared for STATE FARM INSURANCE COMPANIES*

# REPORT SUMMARY

## CLAIM INFORMATION

| | |
|---|---|
| Owner | Barrier, Regina<br>2949 Palmer Pl<br>Hudson, NC 28638-9250 |
| Loss Vehicle | 2018 Jeep Wrangler JK Unlimited Sport S 4WD |
| Loss Incident Date | 06/16/2025 |
| Claim Reported | 08/26/2025 |

## INSURANCE INFORMATION

| | |
|---|---|
| Report Reference Number | 126978027 |
| Claim Reference | 33-86J0-42L01 |
| Claim Rep | Team, Express |
| Appraiser | Barnes, Rodney |
| Odometer | 137,996 |
| Last Updated | 08/26/2025 11:12 AM |

## VALUATION SUMMARY

| | |
|---|---|
| **NADA Value** | **$ 18,775.00** |
| **Base Vehicle Value** | **$ 14,995.00** |
| **Vehicle Valuation Amount (average of NADA and CCC values)** | **$ 16,885.00** |
| **Adjusted Vehicle Value** | **$ 16,885.00** |
| Vehicular Tax (3%) | + $ 506.55 |
| Tax reflects applicable state, county and municipal taxes. | |
| **Value before Deductible** | **$ 17,391.55** |
| Deductible* | - $ 100.00 |
| **Total** | **$ 17,291.55** |

Adjustments indicated with an Asterisk (*) have been determined by STATE FARM INSURANCE COMPANIES and have been added here for convenience.

The total may not represent the total of the settlement as other factors (e.g. license and fees) may need to be taken into account.

The CCC ONE® Market Valuation Report reflects CCC Intelligent Solutions Inc.'s opinion as to the value of the loss vehicle, based on information provided to CCC by STATE FARM INSURANCE COMPANIES.

Loss vehicle has 36% greater than average mileage of 101,400.

**BASE VEHICLE VALUE**

This is derived per our Valuation methodology described on the next page.

**ADJUSTED VEHICLE VALUE**

This is determined by adjusting the Vehicle Valuation Amount to account for the actual condition of the loss vehicle and certain other reported attributes, if any, such as refurbishments and after factory equipment.

### Inside the Report


Valuation Methodology.............................2
Vehicle Information..................................3
Vehicle Condition.....................................6
Comparable Vehicles............................... 8
Valuation Notes...................................... 13
Supplemental Information........................14


© Copyright 2025 CCC Intelligent Solutions Inc. All Rights Reserved.

# VALUATION METHODOLOGY

## How was the valuation determined?

### CLAIM INSPECTION

STATE FARM INSURANCE COMPANIES has provided CCC with the zip code where the loss vehicle is garaged, loss vehicle VIN, mileage, equipment, as well as loss vehicle condition, which is used to assist in determining the value of the loss vehicle.

### DATABASE REVIEW

CCC maintains an extensive database of vehicles that currently are or recently were available for sale in the U.S. This database includes vehicles that CCC employees have physically inspected, as well as vehicles advertised for sale by dealerships or private parties. All of these sources are updated regularly.

### SEARCH FOR COMPARABLES

When a valuation is created the database is searched and comparable vehicles in the area are selected. The zip code where the loss vehicle is garaged determines the starting point for the search. Comparable vehicles are similar to the loss vehicle based on relevant factors.

### CALCULATE BASE VEHICLE VALUE

Adjustments to the price of the selected comparable vehicles are made to reflect differences in vehicle attributes, including mileage and options. Dollar adjustments are based upon market research.

Finally, the Base Vehicle Value is the weighted average of the adjusted values of the comparable vehicles based on the following factors:

- Source of the data (such as inspected versus advertised)
- Similarity (such as equipment, mileage, and year)
- Proximity to the loss vehicle's primary garage location
- Recency of information

© Copyright 2025 CCC Intelligent Solutions Inc. All Rights Reserved.

# VEHICLE INFORMATION

## VEHICLE DETAILS

| | |
|---|---|
| Location | HUDSON, NC 28638-9250 |
| VIN | 1C4BJWDG5JL910002 |
| Year | 2018 |
| Make | Jeep |
| Model | Wrangler JK Unlimited |
| Trim | Sport S |
| Body Style | 4WD |
| Body Type | Sports Utility |
| Engine - | |
| Cylinders | 6 |
| Displacement | 3.6L |
| Fuel Type | Gasoline |
| Carburation | Sequential MPI |
| Transmission | Automatic Transmission 4 Wheel Drive |
| Curb Weight | 4277 lbs |

## VEHICLE HISTORY SUMMARY

| | | |
|---|---|---|
| CCC VINguard® | | |
| | 6 Vehicle Market History Information | 03/14/2021 |
| Experian AutoCheck | No Title Problem Found | |

Vehicles sold in the United States are required to have a manufacturer assigned Vehicle Identification Number(VIN). This number provides certain specifications of the vehicle.

Please review the information in the Vehicle Information Section to confirm the reported mileage and to verify that the information accurately reflects the options, additional equipment or other aspects of the loss vehicle that may impact the value.

© Copyright 2025 CCC Intelligent Solutions Inc. All Rights Reserved.

# VEHICLE INFORMATION

## VEHICLE EQUIPMENT

| | | |
|---|---|---|
| **Package 1:** | Hard Top | |
| **Odometer** | 137,996 | |
| **Transmission** | Automatic Transmission | 📋 |
| | 4 Wheel Drive | ✓ |
| **Power** | Power Steering | ✓ |
| | Power Brakes | ✓ |
| | Power Windows | ✓ |
| | Power Locks | ✓ |
| | Power Mirrors | ✓ |
| **Decor/Convenience** | Air Conditioning | ✓ |
| | Tilt Wheel | ✓ |
| | Cruise Control | ✓ |
| | Rear Defogger | 📋 |
| | Intermittent Wipers | ✓ |
| | Console/Storage | ✓ |
| | Keyless Entry | ✓ |
| **Seating** | Cloth Seats | ✓ |
| | Bucket Seats | ✓ |
| | Reclining/Lounge Seats | ✓ |
| **Radio** | AM Radio | ✓ |
| | FM Radio | ✓ |
| | Stereo | ✓ |
| | Search/Seek | ✓ |
| | CD Player | ✓ |
| | Steering Wheel Touch Controls | ✓ |
| | Auxiliary Audio Connection | ✓ |
| | Satellite Radio | 📋 |
| **Wheels** | Aluminum/Alloy Wheels | ✓ |
| **Roof** | Hard Top | 📋 |
| **Safety/Brakes** | Air Bag (Driver Only) | ✓ |
| | Passenger Air Bag | ✓ |
| | Anti-lock Brakes (4) | ✓ |

To the left is the equipment of the loss vehicle that STATE FARM INSURANCE COMPANIES provided to CCC.

✓ **Standard** This equipment is included in the base configuration of the vehicle at time of purchase.

📋 **Additional** Equipment that is not Standard but was noted to be on the loss vehicle.

© Copyright 2025 CCC Intelligent Solutions Inc. All Rights Reserved.

# VEHICLE INFORMATION

## VEHICLE EQUIPMENT

| | | |
|---|---|---|
| | 4-wheel Disc Brakes | ✓ |
| | Hands Free | 📋 |
| | Alarm | ✓ |
| | Traction Control | ✓ |
| | Stability Control | ✓ |
| | Roll Bar | ✓ |
| **Exterior/Paint/Glass** | Dual Mirrors | ✓ |
| | Heated Mirrors | ✓ |
| | Privacy Glass | ✓ |
| | Fog Lamps | ✓ |
| | Rear Window Wiper | 📋 |
| | Clearcoat Paint | ✓ |
| **Other - Trucks** | California Emissions | ✓ |

© Copyright 2025 CCC Intelligent Solutions Inc. All Rights Reserved.

# VEHICLE CONDITION

## COMPONENT CONDITION

| | Condition | Inspection Notes/Guidelines | Value Impact |
|---|---|---|---|
| **INTERIOR** | | | |
| Seats | GOOD | **Guideline:** Lightly soiled, faded and/or discolored. Few small tears, holes and/or burn marks. No significant bare spots. | $ 0 |
| Carpets | GOOD | **Guideline:** Lightly soiled and/or stained. Few small tears, holes and/or burn marks. No significant bare spots. | $ 0 |
| Dashboard | GOOD | **Guideline:** Few small scratches and/or gouges. Minimal damage to components. Light wear. | $ 0 |
| Headliner | GOOD | **Guideline:** Few small holes and/or burn marks. Lightly scuffed. | $ 0 |
| **EXTERIOR** | | | |
| Sheet Metal | GOOD | **Guideline:** Few dents and/or numerous dings. No significant surface rust. | $ 0 |
| Trim | GOOD | **Guideline:** Minimal damage to components. Few dents and/or numerous dings. | $ 0 |
| Paint | GOOD | **Guideline:** Few small deep chips and/or scratches. No significant peeling and/or flaking. Minor swirl marks. Slight Fading. | $ 0 |
| Glass | GOOD | **Guideline:** Light surface scratches and/or pitting. Few chips. | $ 0 |
| **MECHANICAL** | | | |
| Engine | GOOD | **Guideline:** Minor seepage. Belts and hoses firm, show minimal wear. Minimal dirt and grease in engine compartment. | $ 0 |
| Transmission | GOOD | **Guideline:** Fluid slightly discolored. A few areas of seepage. | $ 0 |
| **TIRES** | | | |

STATE FARM INSURANCE COMPANIES uses condition inspection guidelines to determine the condition of key components of the loss vehicle prior to the loss. The guidelines describe physical characteristics for these key components, for the condition selected based upon age. Inspection Notes reflect observations from the appraiser regarding the loss vehicle’s condition.

CCC makes dollar adjustments that reflect the impact the reported condition has on the value of the loss vehicle as compared to Good condition. These dollar adjustments are based upon interviews with dealerships across the United States.

© Copyright 2025 CCC Intelligent Solutions Inc. All Rights Reserved.

# VEHICLE CONDITION

## COMPONENT CONDITION

| | Condition | Inspection Notes/Guidelines | Value Impact |
|---|---|---|---|
| Front Tires | GOOD | **Guideline:** 41% to 68% of new. Example: Typical new car tires are 11/32, loss measures at 5/32 = 46% (5/11) | $ 0 |
| Rear Tires | GOOD | **Guideline:** 41% to 68% of new. Example: Typical new car tires are 11/32, loss measures at 5/32 = 46% (5/11) | $ 0 |
| **Total Condition Adjustments** | | | **$ 0** |

© Copyright 2025 CCC Intelligent Solutions Inc. All Rights Reserved.

# COMPARABLE VEHICLES

| Options | Loss Vehicle | Comp 1 | Comp 2 | Comp 3 |
|---|---|---|---|---|
| Hard Top | ✓ | ✗ | ✓ | ✓ |
| Odometer | 137,996 | 129,158 | 119,569 | 123,421 |
| Automatic Transmission | ✓ | ✓ | ✓ | ✓ |
| 4 Wheel Drive | ✓ | ✓ | ✓ | ✓ |
| Power Steering | ✓ | ✓ | ✓ | ✓ |
| Power Brakes | ✓ | ✓ | ✓ | ✓ |
| Power Windows | ✓ | ✓ | ✓ | ✓ |
| Power Locks | ✓ | ✓ | ✓ | ✓ |
| Power Mirrors | ✓ | ✓ | ✓ | ✓ |
| Air Conditioning | ✓ | ✓ | ✓ | ✓ |
| Tilt Wheel | ✓ | ✓ | ✓ | ✓ |
| Cruise Control | ✓ | ✓ | ✓ | ✓ |
| Rear Defogger | ✓ | ✓ | ✓ | ✓ |
| Intermittent Wipers | ✓ | ✓ | ✓ | ✓ |
| Console/Storage | ✓ | ✓ | ✓ | ✓ |
| Keyless Entry | ✓ | ✓ | ✓ | ✓ |
| Message Center | ✗ | ✓ | ✓ | ✗ |
| Remote Starter | ✗ | ✗ | ✗ | ✓ |
| Cloth Seats | ✓ | ✓ | ✓ | ✓ |
| Bucket Seats | ✓ | ✓ | ✓ | ✓ |
| Reclining/Lounge Seats | ✓ | ✓ | ✓ | ✓ |
| Heated Seats | ✗ | ✗ | ✗ | ✓ |
| AM Radio | ✓ | ✓ | ✓ | ✓ |
| FM Radio | ✓ | ✓ | ✓ | ✓ |
| Stereo | ✓ | ✓ | ✓ | ✓ |
| Search/Seek | ✓ | ✓ | ✓ | ✓ |
| CD Player | ✓ | ✓ | ✓ | ✓ |
| Steering Wheel Touch Controls | ✓ | ✓ | ✓ | ✓ |
| Auxiliary Audio Connection | ✓ | ✓ | ✓ | ✓ |
| Satellite Radio | ✓ | ✓ | ✗ | ✓ |
| Aluminum/Alloy Wheels | ✓ | ✓ | ✓ | ✓ |
| Locking Wheels | ✗ | ✗ | ✗ | ✓ |
| Hard Top | ✓ | ✓ | ✓ | ✓ |
| Drivers Side Air Bag | ✓ | ✓ | ✓ | ✓ |
| Passenger Air Bag | ✓ | ✓ | ✓ | ✓ |
| Anti-lock Brakes (4) | ✓ | ✓ | ✓ | ✓ |
| 4-wheel Disc Brakes | ✓ | ✓ | ✓ | ✓ |
| Front Side Impact Air Bags | ✗ | ✗ | ✓ | ✗ |
| Positraction | ✗ | ✗ | ✓ | ✓ |
| Hands Free | ✓ | ✓ | ✓ | ✓ |

Comp 1 Updated Date: 08/17/2025
**2018 Jeep Wrangler Jk Unlimited Sport S 4wd 6 3.6l Gasoline Sequential Mpi**
**VIN** 1C4BJWDG5JL907732
**Dealership** Barclays Motors
**Telephone** (828) 256-4509
**Source** Autotrader
**Stock #** 07732
**Distance from Hudson, NC**
17 Miles - Conover, NC

Comp 2 Updated Date: 08/17/2025
**2018 Jeep Wrangler Jk Unlimited Sport S 4wd 6 3.6l Gasoline Sequential Mpi**
**VIN** 1C4HJWDG5JL925206
**Dealership** Paramount Hyundai Of Hickory
**Telephone** (828) 214-5595
**Source** Autotrader
**Stock #** H10109B1
**Distance from Hudson, NC**
12 Miles - Hickory, NC

Comp 3 Updated Date: 07/15/2025
**2018 Jeep Wrangler Jk Unlimited Sport S 4wd 6 3.6l Gasoline Sequential Mpi**
**VIN** 1C4BJWDGXJL831246
**Dealership** Randy Marion Chevrolet Gmc Of West Jefferson
**Telephone** (866) 228-8156
**Source** Dealer Ad
**Distance from Hudson, NC**
36 Miles - West Jefferson, NC

**Comparable vehicles** used in the determination of the Base Vehicle Value are not intended to be replacement vehicles but are reflective of the market value, and may no longer be available for sale.

**List Price** is the sticker price of an inspected dealer vehicle and the advertised price for the advertised vehicle.

**Distance** is based upon a straight line between loss and comparable vehicle locations.

© Copyright 2025 CCC Intelligent Solutions Inc. All Rights Reserved.

# COMPARABLE VEHICLES

| Options | Loss Vehicle | Comp 1 | Comp 2 | Comp 3 |
|---|---|---|---|---|
| Alarm | ✔ | ✔ | ✔ | ✔ |
| Traction Control | ✔ | ✔ | ✔ | ✔ |
| Stability Control | ✔ | ✔ | ✔ | ✔ |
| Roll Bar | ✔ | ✔ | ✔ | ✔ |
| Dual Mirrors | ✔ | ✔ | ✔ | ✔ |
| Heated Mirrors | ✔ | ✔ | ✔ | ✔ |
| Tinted Glass | ✘ | ✔ | ✘ | ✘ |
| Privacy Glass | ✔ | ✘ | ✔ | ✔ |
| Fog Lamps | ✔ | ✔ | ✔ | ✔ |
| Rear Window Wiper | ✔ | ✔ | ✔ | ✔ |
| Clearcoat Paint | ✔ | ✔ | ✔ | ✔ |
| Metallic Paint | ✘ | ✘ | ✔ | ✘ |
| Trailer Hitch | ✘ | ✘ | ✘ | ✔ |
| Trailering Package | ✘ | ✘ | ✘ | ✔ |
| California Emissions | ✔ | ✔ | ✔ | ✔ |
| **List Price** | | $ 15,995 | $ 17,900 | $ 18,875 |
| **Adjustments:** | | | | |
| Package | | + $ 258 | | |
| Options | | + $ 100 | - $ 78 | - $ 526 |
| Mileage | | - $ 349 | - $ 839 | - $ 626 |
| Condition[1] | | - $ 1,533 | - $ 1,533 | - $ 1,533 |
| **Adjusted Comparable Value** | | **$ 14,471** | **$ 15,450** | **$ 16,190** |

[1]The **Condition Adjustment** sets that comparable vehicle to Good condition, which the loss vehicle is also compared to in the Vehicle Condition section.

| Options | Loss Vehicle | Comp 4 | Comp 5 | Comp 6 |
|---|---|---|---|---|
| Hard Top | ✔ | ✔ | ✔ | ✔ |
| Odometer | 137,996 | 144,542 | 124,808 | 147,095 |
| Automatic Transmission | ✔ | ✔ | ✔ | ✔ |
| 4 Wheel Drive | ✔ | ✔ | ✔ | ✔ |
| Power Steering | ✔ | ✔ | ✔ | ✔ |
| Power Brakes | ✔ | ✔ | ✔ | ✔ |
| Power Windows | ✔ | ✔ | ✔ | ✔ |
| Power Locks | ✔ | ✔ | ✔ | ✔ |
| Power Mirrors | ✔ | ✔ | ✔ | ✔ |
| Air Conditioning | ✔ | ✔ | ✔ | ✔ |
| Tilt Wheel | ✔ | ✔ | ✔ | ✔ |
| Cruise Control | ✔ | ✔ | ✔ | ✔ |
| Rear Defogger | ✔ | ✔ | ✔ | ✔ |

Comp 4 Updated Date: 08/17/2025
**2018 Jeep Wrangler Jk Unlimited Sport S 4wd 6 3.6l Gasoline Sequential Mpi**
**VIN** 1C4HJWDG6JL920158
**Dealership** Crg Motorsports
**Telephone** (704) 746-3598
**Source** Autotrader
**Stock #** 18whtjeepwheels
**Distance from Hudson, NC**
43 Miles - Mooresville, NC

Comp 5 Updated Date: 06/21/2025
**2018 Jeep Wrangler Jk Unlimited Sport S 4wd 6 3.6l Gasoline Sequential Mpi**
**VIN** 1C4BJWDG0JL882786
**Dealership** Toyota Of North Charlotte
**Telephone** (704) 875-9199

© Copyright 2025 CCC Intelligent Solutions Inc. All Rights Reserved.

# COMPARABLE VEHICLES

| Options | Loss Vehicle | Comp 4 | Comp 5 | Comp 6 |
|---|---|---|---|---|
| Intermittent Wipers | ✓ | ✓ | ✓ | ✓ |
| Console/Storage | ✓ | ✓ | ✓ | ✓ |
| Keyless Entry | ✓ | ✓ | ✓ | ✓ |
| Cloth Seats | ✓ | ✓ | ✓ | ✓ |
| Bucket Seats | ✓ | ✓ | ✓ | ✓ |
| Reclining/Lounge Seats | ✓ | ✓ | ✓ | ✓ |
| AM Radio | ✓ | ✓ | ✓ | ✓ |
| FM Radio | ✓ | ✓ | ✓ | ✓ |
| Stereo | ✓ | ✓ | ✓ | ✓ |
| Search/Seek | ✓ | ✓ | ✓ | ✓ |
| CD Player | ✓ | ✓ | ✓ | ✓ |
| Steering Wheel Touch Controls | ✓ | ✓ | ✓ | ✓ |
| Auxiliary Audio Connection | ✓ | ✓ | ✓ | ✓ |
| Satellite Radio | ✓ | ✓ | ✓ | ✗ |
| Aluminum/Alloy Wheels | ✓ | ✓ | ✓ | ✓ |
| Locking Wheels | ✗ | ✗ | ✗ | ✓ |
| Hard Top | ✓ | ✓ | ✓ | ✓ |
| Drivers Side Air Bag | ✓ | ✓ | ✓ | ✓ |
| Passenger Air Bag | ✓ | ✓ | ✓ | ✓ |
| Anti-lock Brakes (4) | ✓ | ✓ | ✓ | ✓ |
| 4-wheel Disc Brakes | ✓ | ✓ | ✓ | ✓ |
| Front Side Impact Air Bags | ✗ | ✓ | ✗ | ✓ |
| Positraction | ✗ | ✗ | ✗ | ✓ |
| Hands Free | ✓ | ✗ | ✓ | ✓ |
| Alarm | ✓ | ✓ | ✓ | ✓ |
| Traction Control | ✓ | ✓ | ✓ | ✓ |
| Stability Control | ✓ | ✓ | ✓ | ✓ |
| Roll Bar | ✓ | ✓ | ✓ | ✓ |
| Dual Mirrors | ✓ | ✓ | ✓ | ✓ |
| Heated Mirrors | ✓ | ✓ | ✓ | ✓ |
| Tinted Glass | ✗ | ✗ | ✗ | ✓ |
| Privacy Glass | ✓ | ✓ | ✓ | ✗ |
| Fog Lamps | ✓ | ✓ | ✓ | ✓ |
| Rear Window Wiper | ✓ | ✓ | ✓ | ✓ |
| Clearcoat Paint | ✓ | ✓ | ✓ | ✓ |
| Metallic Paint | ✗ | ✗ | ✗ | ✓ |
| Trailer Hitch | ✗ | ✗ | ✗ | ✓ |
| Trailering Package | ✗ | ✗ | ✗ | ✓ |
| Running Boards/Side Steps | ✗ | ✓ | ✗ | ✓ |
| California Emissions | ✓ | ✓ | ✓ | ✓ |

**Source** Autotrader
**Stock #** TJL882786
**Distance from Hudson, NC**
45 Miles - Huntersville, NC

**Comp 6** Updated Date: 07/13/2025
**2018 Jeep Wrangler Jk Unlimited Sport S 4wd 6 3.6l Gasoline Sequential Mpi**
**VIN** 1C4HJWDG8JL922204
**Dealership** Champion Chevrolet/cadillac
**Contact** Chris Mccall
**Telephone** (423) 282-2121
**Source** Inspected Inventory
**Stock #** 7601A
**Distance from Hudson, NC**
58 Miles - Johnson City, TN

**Comparable vehicles** used in the determination of the Base Vehicle Value are not intended to be replacement vehicles but are reflective of the market value, and may no longer be available for sale.

**List Price** is the sticker price of an inspected dealer vehicle and the advertised price for the advertised vehicle.

**Take Price** is the amount that the dealership will accept to sell the inspected vehicle, though a lower price may be obtainable through negotiation.

**Distance** is based upon a straight line between loss and comparable vehicle locations.

[1]The **Condition Adjustment** sets that comparable vehicle to Good condition, which the loss vehicle is also compared to in the Vehicle Condition section.

© Copyright 2025 CCC Intelligent Solutions Inc. All Rights Reserved.

# COMPARABLE VEHICLES

| | | | |
|---|---|---|---|
| **List Price** | $ 15,498 | $ 18,177 | $ 15,549 |
| **Take Price** | | | $ 14,800 |
| **Adjustments:** | | | |
| Options | - $ 222 | | - $ 328 |
| Mileage | + $ 240 | - $ 555 | + $ 333 |
| Condition[1] | - $ 1,533 | - $ 1,533 | - $ 1,533 |
| **Adjusted Comparable Value** | **$ 13,983** | **$ 16,089** | **$ 13,272** |

© Copyright 2025 CCC Intelligent Solutions Inc. All Rights Reserved.

# COMPARABLE VEHICLES

## ADDITIONAL COMPARABLE VEHICLES

| Source | Vehicle | Price | Adjusted Comparable Value |
|---|---|---|---|
| **Comp 7**<br>Source: Inspected Inventory<br>Johnson City Ford<br>Johnson City, TN<br>(423) 282-3000<br>58 Miles From Hudson, NC | **2018 Jeep Wrangler Jk Unlimited Sport S 4wd 6 3.6l Gasoline Sequential Mpi**<br>Odometer: 106,119<br>VIN: 1C4BJWDG6JL910493<br>Stock #: TJL910493<br>Updated Date: 07/27/2025 | $ 20,125<br>(Take) | $ 16,298 |
| **Comp 8**<br>Source: Dealer Ad<br>High-thom Motors<br>Thomasville, NC<br>(336) 474-0443<br>78 Miles From Hudson, NC | **2018 Jeep Wrangler Jk Unlimited Sport S 4wd 6 3.6l Gasoline Sequential Mpi**<br>Odometer: 123,120<br>VIN: 1C4BJWDG7JL811391<br>Stock #: 811391<br>Updated Date: 08/12/2025 | $ 17,990<br>(List) | $ 15,414 |
| **Comp 9**<br>Source: Dealer Ad<br>Auto Energy Motorsports<br>Lebanon, VA<br>(276) 883-5279<br>79 Miles From Hudson, NC | **2018 Jeep Wrangler Jk Unlimited Sport S 4wd 6 3.6l Gasoline Sequential Mpi**<br>Odometer: 97,400<br>VIN: 1C4HJWDG1JL929012<br>Stock #: 929012<br>Updated Date: 08/12/2025 | $ 20,500<br>(List) | $ 16,442 |

**Additional Comparable Vehicles** are in summary format, but are adjusted the same as those on the previous page.

**Comparable vehicles** used in the determination of the Base Vehicle Value are not intended to be replacement vehicles but are reflective of the market value, and may no longer be available for sale.

**List Price** is the sticker price of an inspected dealer vehicle and the advertised price for the advertised vehicle.

**Take Price** is the amount that the dealership will accept to sell the inspected vehicle, though a lower price may be obtainable through negotiation.

**Distance** is based upon a straight line between loss and comparable vehicle locations.

© Copyright 2025 CCC Intelligent Solutions Inc. All Rights Reserved.

# VALUATION NOTES

This Market Valuation Report has been prepared exclusively for use by STATE FARM INSURANCE COMPANIES, and no other person or entity is entitled to or should rely upon this Market Valuation Report and/or any of its contents. CCC is one source of vehicle valuations, and there are other valuation sources available.

Regulations concerning vehicle value include North Carolina Administrative Code Section 11-04.0418.

© Copyright 2025 CCC Intelligent Solutions Inc. All Rights Reserved.

# SUPPLEMENTAL INFORMATION

## VEHICLE HISTORY INFORMATION

### VINguard®

VINguard® Message: VINguard has decoded this VIN without any errors

### Vehicle Market History Information:

| | |
|---|---|
| This vehicle was reported to CCC on 02/14/2021<br>Location: AutoTrader in LENOIR, NC | Mileage: 25400 |
| This vehicle was reported to CCC on 02/21/2021<br>Location: AutoTrader in LENOIR, NC | Mileage: 25400 |
| This vehicle was reported to CCC on 01/24/2021<br>Location: AutoTrader in LENOIR, NC | Mileage: 25400 |
| This vehicle was reported to CCC on 03/11/2021<br>Location: AutoTrader in LENOIR, NC | Mileage: 25400 |
| This vehicle was reported to CCC on 10/19/2021<br>Location: Dealer Advertised in LENOIR, NC | Mileage: 25671 |
| This vehicle was reported to CCC on 03/14/2021<br>Location: AutoTrader in LENOIR, NC | Mileage: 25400 |

© Copyright 2025 CCC Intelligent Solutions Inc. All Rights Reserved.

# SUPPLEMENTAL INFORMATION

## EXPERIAN® AUTOCHECK® VEHICLE HISTORY REPORT

| TITLE CHECK | | RESULTS FOUND |
|---|---|---|
| Abandoned | ✔ | No Abandoned Record Found |
| Damaged | ✔ | No Damaged Record Found |
| Fire Damage | ✔ | No Fire Damage Record Found |
| Grey Market | ✔ | No Grey Market Record Found |
| Hail Damage | ✔ | No Hail Damage Record Found |
| Insurance Loss | ✔ | No Insurance Loss Record Found |
| Junk | ✔ | No Junk Record Found |
| Rebuilt | ✔ | No Rebuilt Record Found |
| Salvage | ✔ | No Salvage Record Found |

| EVENT CHECK | | RESULTS FOUND |
|---|---|---|
| NHTSA Crash Test Vehicle | ✔ | No NHTSA Crash Test Vehicle Record Found |
| Frame Damage | ✔ | No Frame Damage Record Found |
| Major Damage Incident | ✔ | No Major Damage Incident Record Found |
| Manufacturer Buyback/Lemon | ✔ | No Manufacturer Buyback/Lemon Record Found |
| Odometer Problem | ✔ | No Odometer Problem Record Found |
| Recycled | ✔ | No Recycled Record Found |
| Water Damage | ✔ | No Water Damage Record Found |
| Salvage Auction | ✔ | No Salvage Auction Record Found |

| VEHICLE INFORMATION | | RESULTS FOUND |
|---|---|---|
| Accident | ✔ | No Accident Record Found |
| Corrected Title | ✔ | No Corrected Title Record Found |
| Driver Education | ✔ | No Driver Education Record Found |
| Fire Damage Incident | ✔ | No Fire Damage Incident Record Found |
| Lease | ✔ | No Lease Record Found |
| Lien | ✔ | No Lien Record Found |
| Livery Use | ✔ | No Livery Use Record Found |
| Government Use | ✔ | No Government Use Record Found |
| Police Use | ✔ | No Police Use Record Found |
| Fleet | ✔ | No Fleet Record Found |
| Rental | ✔ | No Rental Record Found |
| Fleet and/or Rental | ✔ | No Fleet and/or Rental Record Found |
| Repossessed | ✔ | No Repossessed Record Found |
| Taxi use | ✔ | No Taxi use Record Found |
| Theft | ✔ | No Theft Record Found |
| Fleet and/or Lease | ✔ | No Fleet and/or Lease Record Found |
| Emissions Safety Inspection | ✔ | No Emissions Safety Inspection Record Found |
| Duplicate Title | ✔ | No Duplicate Title Record Found |

CCC provides STATE FARM INSURANCE COMPANIES information reported by Experian regarding the **2018 Jeep Wrangler JK Unlimited (1C4BJWDG5JL910002)**. This data is provided for informational purposes. Unless otherwise noted in this Valuation Detail, CCC does not adjust the value of the loss vehicle based upon this information.

**LEGEND :**

- ✔ No Event Found
- ⊖ Event Found
- 📄 Information Needed

**TITLE CHECK**

THIS VEHICLE CHECKS OUT

AutoCheck's result for this loss vehicle show no significant title events. When found, events often indicate automotive damage or warnings associated with the vehicle.

**EVENT CHECK**

THIS VEHICLE CHECKS OUT

AutoCheck's result for this loss vehicle show no historical events that indicate a significant automotive problem. These problems can indicate past previous car damage, theft, or other significant problems.

**VEHICLE INFORMATION**

THIS VEHICLE CHECKS OUT

AutoCheck's result for this loss vehicle show no vehicle information that indicate a significant automotive problem. These problems can indicate past previous car damage, theft, or other significant problems.

**ODOMETER CHECK**

THIS VEHICLE CHECKS OUT

AutoCheck's result for this loss vehicle show no indication of odometer rollback or tampering was found. AutoCheck determines odometer rollbacks by searching for records that indicate odometer readings less than a previously reported value. Other odometer events can report events of tampering, or possible odometer breakage.

© Copyright 2025 CCC Intelligent Solutions Inc. All Rights Reserved.

# SUPPLEMENTAL INFORMATION

## FULL HISTORY REPORT RUN DATE: 08/26/2025

Below are the historical events for this vehicle listed in chronological order.

| EVENT DATE | RESULTS FOUND | ODOMETER READING | DATA SOURCE | EVENT DETAIL |
|---|---|---|---|---|
| 02/21/2018 | WINSTON SALEM, NC | 2 | Service Record | Emission System Serviced |
| 02/21/2018 | WINSTON SALEM, NC | | Service Record | Multiple Point Vehicle Inspection |
| 02/21/2018 | WINSTON SALEM, NC | | Service Record | Tires or Wheels Service Performed |
| 04/06/2018 | CONNELLYS SPRINGS, NC | | Motor Vehicle Dept. | Registration Event/ Renewal (Lease Reported) |
| 05/23/2018 | NC | 130 | Motor Vehicle Dept. | Title (Lien Reported) (Lease Reported) |
| 05/05/2019 | CONNELLYS SPRINGS, NC | | Motor Vehicle Dept. | Registration Event/ Renewal (Lease Reported) |
| 03/04/2020 | MORGANTON, NC | 17491 | Service Record | Multiple Point Vehicle Inspection |
| 03/04/2020 | MORGANTON, NC | | Service Record | Engine Serviced |
| 03/04/2020 | MORGANTON, NC | | Service Record | Tires or Wheels Service Performed |
| 03/04/2020 | MORGANTON, NC | | Service Record | Lube, Oil And/Or Filter Changed |
| 05/09/2020 | CONNELLYS SPRINGS, NC | | Motor Vehicle Dept. | Registration Event/ Renewal (Lease Reported) |
| 10/13/2020 | MORGANTON, NC | 23333 | Service Record | Multiple Point Vehicle Inspection |
| 10/13/2020 | MORGANTON, NC | | Service Record | Engine Serviced |
| 10/13/2020 | MORGANTON, NC | | Service Record | Tires or Wheels Service Performed |
| 10/13/2020 | MORGANTON, NC | | Service Record | Lube, Oil And/Or Filter Changed |
| 01/25/2021 | LENOIR, NC | 25400 | Service Record | Air Filter Changed |
| 01/25/2021 | LENOIR, NC | | Service Record | Safety Inspection Performed |
| 01/25/2021 | LENOIR, NC | | Service Record | Multiple Point Vehicle Inspection |
| 01/25/2021 | LENOIR, NC | | Service Record | Engine Serviced |
| 01/25/2021 | LENOIR, NC | | Service Record | Wipers Replaced And/Or Serviced |
| 01/25/2021 | LENOIR, NC | | Service Record | Tires or Wheels Service Performed |
| 01/25/2021 | LENOIR, NC | | Service Record | Lube, Oil And/Or Filter Changed |

© Copyright 2025 CCC Intelligent Solutions Inc. All Rights Reserved.

# SUPPLEMENTAL INFORMATION

| EVENT DATE | RESULTS FOUND | ODOMETER READING | DATA SOURCE | EVENT DETAIL |
|---|---|---|---|---|
| 03/17/2021 | FOREST CITY, NC | 25400 | Dealer Record | Vehicle in Dealer Inventory |
| 03/30/2021 | HUDSON, NC | 25400 | Motor Vehicle Dept. | Title (Lien Reported) |
| 03/30/2021 | HUDSON, NC | | Motor Vehicle Dept. | Registration Event/ Renewal |
| 09/17/2021 | LENOIR, NC | 39008 | Service Record | Multiple Point Vehicle Inspection |
| 09/17/2021 | LENOIR, NC | | Service Record | Engine Serviced |
| 09/17/2021 | LENOIR, NC | | Service Record | Tires or Wheels Service Performed |
| 09/17/2021 | LENOIR, NC | | Service Record | Lube, Oil And/Or Filter Changed |
| 03/17/2022 | HUDSON, NC | | Motor Vehicle Dept. | Registration Event/ Renewal |
| 03/30/2023 | HUDSON, NC | | Motor Vehicle Dept. | Registration Event/ Renewal |
| 03/28/2024 | HUDSON, NC | | Motor Vehicle Dept. | Registration Event/ Renewal |
| 03/28/2025 | HUDSON, NC | | Motor Vehicle Dept. | Registration Event/ Renewal |

**AUTOCHECK TERMS AND CONDITIONS:**

Experian's Reports are compiled from multiple sources. It is not always possible for Experian to obtain complete discrepancy information on all vehicles; therefore, there may be other title brands, odometer readings or discrepancies that apply to a vehicle that are not reflected on that vehicle's Report. Experian searches data from additional sources where possible, but all discrepancies may not be reflected on the Report.

These Reports are based on information supplied to Experian by external sources believed to be reliable, BUT NO RESPONSIBILITY IS ASSUMED BY EXPERIAN OR ITS AGENTS FOR ERRORS, INACCURACIES OR OMISSIONS. THE REPORTS ARE PROVIDED STRICTLY ON AN "AS IS WHERE IS" BASIS, AND EXPERIAN FURTHER EXPRESSLY DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE REGARDING THIS REPORT.

YOU AGREE TO INDEMNIFY EXPERIAN FOR ANY CLAIMS OR LOSSES, INCLUDING COSTS, EXPENSES AND ATTORNEYS FEES, INCURRED BY EXPERIAN ARISING DIRECTLY OR INDIRECTLY FROM YOUR IMPROPER OR UNAUTHORIZED USE OF AUTOCHECK VEHICLE HISTORY REPORTS.

Experian shall not be liable for any delay or failure to provide an accurate report if and to the extent which such delay or failure is caused by events beyond the reasonable control of Experian, including, without limitation, "acts of God", terrorism, or public enemies, labor disputes, equipment malfunctions, material or component shortages, supplier failures, embargoes, rationing, acts of local, state or national governments, or public agencies, utility or communication failures or delays, fire, earthquakes, flood, epidemics, riots and strikes.

These terms and the relationship between you and Experian shall be governed by the laws of the State of Illinois (USA) without regard to its conflict of law provisions. You and Experian agree to submit to the personal and exclusive jurisdiction of the courts located within the county of Cook, Illinois.

© Copyright 2025 CCC Intelligent Solutions Inc. All Rights Reserved.