**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| CRAIG BREWER, STACIE SMITH, and REGINA BARRIER, individually and on behalf of all similarly situated persons,<br><br>Plaintiffs,<br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>Defendant. | Case No. 1:25-cv-00904-CCE-JGM |

**DEFENDANT STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY'S PARTIAL MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**

Defendant State Farm Mutual Automobile Insurance Company respectfully moves this Court for an order dismissing Plaintiffs' Complaint (Dkt. 28) under Federal Rule of Civil Procedure 12(b)(1), for lack of subject matter jurisdiction, and 12(b)(6), for failure to state a claim upon which relief may be granted.

In support of this motion, State Farm relies on the pleadings, on its brief submitted pursuant to LR 7.3(a) filed contemporaneously and the documents referred to therein, as well as the Declaration of Daniel F. Diffley, attached to this motion as Exhibit A.

State Farm prays the Court enter an Order:

(1) Dismissing the Counts I and II of the Amended Complaint alleging violations of the Unfair and Deceptive Trade Practices Act and the Unfair Claim

Settlement Practices Act, respectively, for failure to state a claim upon which relief may be granted;

(2) Dismissing claims for declaratory relief, brought by Plaintiffs individually and on behalf of a declaratory judgment class, for lack of subject matter jurisdiction;

(3) Dismissing the entirety of Craig Brewer's claims for lack of subject matter jurisdiction; and

(4) Granting such other and further relief as the Court deems just and proper.

Date: September 3, 2026

Respectfully submitted,


*/s/ Matt McGuire*
Matt McGuire
**ALSTON & BIRD LLP**
555 Fayetteville St., Suite 600
Raleigh, NC 27601
+1 919 862 2279 (Office)
matt.mcguire@alston.com

Daniel F. Diffley *(admitted pro hac vice)*
Blake M. Simon (*admitted pro hac vice*)
Melissa G. Quintana (*admitted pro hac vice*)
**ALSTON & BIRD LLP**
1201 W. Peachtree Street
Atlanta, Georgia 30309
Telephone: (404) 881-7000
dan.diffley@alston.com
blake.simon@alston.com
melissa.quintana@alston.com

***Counsel for State Farm Mutual Automobile Insurance Company***

## CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2026 a true and correct copy of the foregoing was filed with the Clerk of the Court by using the CM/ECF system, which will send a copy to all counsel of record at the email addresses on record.

Date: September 3, 2026

Respectfully submitted,
/s/ *Matt McGuire*
**ALSTON & BIRD LLP**
555 Fayetteville St., Suite 600
Raleigh, NC 27601
+1 919 862 2279 (Office)
matt.mcguire@alston.com

***Counsel for State Farm Mutual Automobile Insurance Company***