# Exhibit A

Declaration of Greg Crews

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| CRAIG BREWER, individually and on behalf of all similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>Defendant. | Case No. 1:25-cv-00904 |

I, Greg Crews, depose and state as follows:

1. My name is Greg Crews, I am over the age of twenty-one (21), and I am competent in all respects to make this declaration. The facts stated in the declaration are within my personal knowledge and are true.

2. I am the President of C & W Copier Services, Inc., a North Carolina corporation located at 4553 Technology Drive, Suite 1, Wilmington, NC, 28405.

3. On September 9, 2024, a 2017 Ram ProMaster Cargo Van, owned by C & W Copier Services, Inc., was involved in an accident and was declared a total loss.

4. During the claims process, State Farm Insurance presented C & W Copier Services, Inc., with the CCC One Market Valuation Report attached here as Exhibit A, as an offer to resolve the total loss claim.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11/12/2025

Greg Crews

# CCC ONE MARKET VALUATION REPORT

*Prepared for STATE FARM INSURANCE COMPANIES*

## REPORT SUMMARY

### CLAIM INFORMATION

| | |
|---|---|
| Owner | C & W Copier Service, C & W<br>4553 Technology Dr<br>Wilmington, NC 28405-2170 |
| Loss Vehicle | 2017 Ram ProMaster City Cargo Van Tradesman |
| Loss Incident Date | 09/24/2024 |
| Claim Reported | 10/15/2024 |

### INSURANCE INFORMATION

| | |
|---|---|
| Report Reference Number | 121773711 |
| Claim Reference | 33-74F4-28M02 |
| Claim Rep | Initiated, Shop |
| Appraiser | Warren - Cell (910) 473-7051, Stephen |
| Odometer | 126,366 |
| Last Updated | 10/15/2024 09:42 AM |

### VALUATION SUMMARY

| | |
|---|---|
| **Base Vehicle Value** | **$ 10,480.00** |
| Condition Adjustment | + $ 937.00 |
| **Adjusted Vehicle Value** | **$ 11,417.00** |
| Vehicular Tax (3%) | + $ 342.51 |
| Tax reflects applicable state, county and municipal taxes. | |
| **Total** | **$ 11,759.51** |

The total may not represent the total of the settlement as other factors (e.g. license and fees) may need to be taken into account.

The CCC ONE® Market Valuation Report reflects CCC Intelligent Solutions Inc.'s opinion as to the value of the loss vehicle, based on information provided to CCC by STATE FARM INSURANCE COMPANIES.

Loss vehicle has 3% greater than average mileage of 122,400.

BASE VEHICLE VALUE

This is derived per our Valuation methodology described on the next page.

ADJUSTED VEHICLE VALUE

This is determined by adjusting the Base Vehicle Value to account for the actual condition of the loss vehicle and certain other reported attributes, if any, such as refurbishments and after factory equipment.

Inside the Report


Valuation Methodology.............................2
Vehicle Information.................................3
Vehicle Condition.....................................6
Comparable Vehicles..............................8
Valuation Notes.....................................11
Supplemental Information.......................12


EXHIBIT
A
Blumberg No. 5208

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.

# VALUATION METHODOLOGY

## How was the valuation determined?

### CLAIM INSPECTION

STATE FARM INSURANCE COMPANIES has provided CCC with the zip code where the loss vehicle is garaged, loss vehicle VIN, mileage, equipment, as well as loss vehicle condition, which is used to assist in determining the value of the loss vehicle.

### DATABASE REVIEW

CCC maintains an extensive database of vehicles that currently are or recently were available for sale in the U.S. This database includes vehicles that CCC employees have physically inspected, as well as vehicles advertised for sale by dealerships or private parties. All of these sources are updated regularly.

### SEARCH FOR COMPARABLES

When a valuation is created the database is searched and comparable vehicles in the area are selected. The zip code where the loss vehicle is garaged determines the starting point for the search. Comparable vehicles are similar to the loss vehicle based on relevant factors.

### CALCULATE BASE VEHICLE VALUE

Adjustments to the price of the selected comparable vehicles are made to reflect differences in vehicle attributes, including mileage and options. Dollar adjustments are based upon market research.

Finally, the Base Vehicle Value is the weighted average of the adjusted values of the comparable vehicles based on the following factors:

- Source of the data (such as inspected versus advertised)
- Similarity (such as equipment, mileage, and year)
- Proximity to the loss vehicle's primary garage location
- Recency of information

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.

# VEHICLE INFORMATION

## VEHICLE DETAILS

| | |
|---|---|
| Location | WILMINGTON, NC 28405-2170 |
| VIN | ZFBERFAB1H6G83517 |
| Year | 2017 |
| Make | Ram |
| Model | ProMaster City Cargo Van |
| Trim | Tradesman |
| Body Type | Van |
| Engine - | |
| Cylinders | 4 |
| Displacement | 2.4L |
| Fuel Type | Gasoline |
| Carburation | Sequential MPI |
| Transmission | Automatic Transmission |
| Curb Weight | 3509 lbs |

Vehicles sold in the United States are required to have a manufacturer assigned Vehicle Identification Number(VIN). This number provides certain specifications of the vehicle.

Please review the information in the Vehicle Information Section to confirm the reported mileage and to verify that the information accurately reflects the options, additional equipment or other aspects of the loss vehicle that may impact the value.

## VEHICLE HISTORY SUMMARY

| | |
|---|---|
| Experian AutoCheck | No Title Problem Found |
| National Highway Traffic Safety Administration | 3 Recalls |

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.

# VEHICLE INFORMATION

## VEHICLE EQUIPMENT

| | | |
|---|---|---|
| **Odometer** | 126,366 | |
| **Transmission** | Automatic Transmission | ✓ |
| **Power** | Power Steering | ✓ |
| | Power Brakes | ✓ |
| | Power Windows | ✓ |
| | Power Locks | ✓ |
| **Decor/Convenience** | Air Conditioning | ✓ |
| | Tilt Wheel | ✓ |
| | Cruise Control | Additional |
| | Intermittent Wipers | ✓ |
| | Overhead Console | ✓ |
| | Keyless Entry | ✓ |
| | Telescopic Wheel | ✓ |
| **Seating** | Cloth Seats | ✓ |
| | Bucket Seats | ✓ |
| | Reclining/Lounge Seats | ✓ |
| **Radio** | AM Radio | ✓ |
| | FM Radio | ✓ |
| | Stereo | ✓ |
| | Search/Seek | ✓ |
| | Auxiliary Audio Connection | ✓ |
| **Wheels** | Styled Steel Wheels | ✓ |
| **Safety/Brakes** | Air Bag (Driver Only) | ✓ |
| | Passenger Air Bag | ✓ |
| | Anti-lock Brakes (4) | ✓ |
| | Front Side Impact Air Bags | ✓ |
| | Backup Camera | Additional |
| | Parking Sensors | Additional |
| | Hands Free | Additional |
| | Traction Control | ✓ |
| | Stability Control | ✓ |
| **Exterior/Paint/Glass** | Dual Mirrors | ✓ |

To the left is the equipment of the loss vehicle that STATE FARM INSURANCE COMPANIES provided to CCC.

✓ **Standard** This equipment is included in the base configuration of the vehicle at time of purchase.

**Additional** Equipment that is not Standard but was noted to be on the loss vehicle.

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.

# VEHICLE INFORMATION

## VEHICLE EQUIPMENT

| | | |
|---|---|---|
| | Body Side Moldings | ✓ |
| | Tinted Glass | ✓ |
| | Clearcoat Paint | ✓ |
| | Metallic Paint | 📋 |
| **Other - Trucks** | California Emissions | ✓ |

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.

# VEHICLE CONDITION

## COMPONENT CONDITION

| | Condition | Inspection Notes/Guidelines | Value Impact |
|---|---|---|---|
| **INTERIOR** | | | |
| Seats | DEALER RETAIL | **Guideline:** Clean. No significant tears, holes and/ or burn marks. No significant wear. No bare spots. Lightly worn primarily in driver's area. | $ 120 |
| Carpets | DEALER RETAIL | **Guideline:** Clean. No significant tears, holes and/ or burn marks. No significant wear. No bare spots. Lightly worn primarily in driver's area. | $ 90 |
| Dashboard | DEALER RETAIL | **Guideline:** No significant scratches and/or gouges. Components firmly intact and functional. No significant wear. | $ 53 |
| Headliner | DEALER RETAIL | **Guideline:** Clean. No significant holes and/or burn marks. No significant scuffing. | $ 50 |
| **EXTERIOR** | | | |
| Sheet Metal | DEALER RETAIL | **Guideline:** Few dings. No rust. All panels intact and properly aligned. | $ 81 |
| Trim | DEALER RETAIL | **Guideline:** No broken and/or missing components. No dents. Few dings. | $ 29 |
| Paint | DEALER RETAIL | **Guideline:** Minimal surface chipping and/or scratches. Minor swirl marks. | $ 123 |
| Glass | DEALER RETAIL | **Guideline:** Light surface scratches and/or pitting. | $ 22 |
| **MECHANICAL** | | | |
| Engine | DEALER RETAIL | **Guideline:** No seepage. Belts and hoses firm, show minimal wear. Minimal dirt, no grease in engine compartment. | $ 158 |
| Transmission | DEALER RETAIL | **Guideline:** Fluid translucent and may be slightly discolored. No seepage. | $ 153 |
| **TIRES** | | | |

STATE FARM INSURANCE COMPANIES uses condition inspection guidelines to determine the condition of key components of the loss vehicle prior to the loss. The guidelines describe physical characteristics for these key components, for the condition selected based upon age. Inspection Notes reflect observations from the appraiser regarding the loss vehicle's condition.

CCC makes dollar adjustments that reflect the impact the reported condition has on the value of the loss vehicle as compared to Average Private condition. These dollar adjustments are based upon interviews with dealerships across the United States.

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.

# VEHICLE CONDITION

## COMPONENT CONDITION

| | Condition | Inspection Notes/Guidelines | Value Impact |
|---|---|---|---|
| Front Tires | DEALER RETAIL | **Guideline:** 69% to 90% of new. Example: Typical new car tires are 11/32, loss measures at 8/32 = 73% (8/11) | $ 29 |
| Rear Tires | DEALER RETAIL | **Guideline:** 69% to 90% of new. Example: Typical new car tires are 11/32, loss measures at 8/32 = 73% (8/11) | $ 29 |
| **Total Condition Adjustments** | | | **$ 937** |

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.

# COMPARABLE VEHICLES

| Options | Loss Vehicle | Comp 1 | Comp 2 | Comp 3 |
|---|---|---|---|---|
| Odometer | 126,366 | 98,180 | 131,729 | 100,016 |
| Automatic Transmission | ✓ | ✓ | ✓ | ✓ |
| Power Steering | ✓ | ✓ | ✓ | ✓ |
| Power Brakes | ✓ | ✓ | ✓ | ✓ |
| Power Windows | ✓ | ✓ | ✓ | ✓ |
| Power Locks | ✓ | ✓ | ✓ | ✓ |
| Power Trunk/Liftgate | ✗ | ✗ | ✗ | ✓ |
| Air Conditioning | ✓ | ✓ | ✓ | ✓ |
| Tilt Wheel | ✓ | ✓ | ✓ | ✓ |
| Cruise Control | ✓ | ✓ | ✓ | ✓ |
| Rear Defogger | ✗ | ✗ | ✗ | ✓ |
| Intermittent Wipers | ✓ | ✓ | ✓ | ✓ |
| Overhead Console | ✓ | ✓ | ✓ | ✓ |
| Navigation System | ✗ | ✗ | ✗ | ✓ |
| Keyless Entry | ✓ | ✓ | ✓ | ✓ |
| Telescopic Wheel | ✓ | ✓ | ✓ | ✓ |
| Remote Starter | ✗ | ✗ | ✗ | ✓ |
| Cloth Seats | ✓ | ✓ | ✓ | ✓ |
| Bucket Seats | ✓ | ✓ | ✓ | ✓ |
| Reclining/Lounge Seats | ✓ | ✓ | ✓ | ✓ |
| AM Radio | ✓ | ✓ | ✓ | ✓ |
| FM Radio | ✓ | ✓ | ✓ | ✓ |
| Stereo | ✓ | ✓ | ✓ | ✓ |
| Search/Seek | ✓ | ✓ | ✓ | ✓ |
| Auxiliary Audio Connection | ✓ | ✓ | ✓ | ✓ |
| Satellite Radio | ✗ | ✗ | ✗ | ✓ |
| Styled Steel Wheels | ✓ | ✓ | ✓ | ✓ |
| Drivers Side Air Bag | ✓ | ✓ | ✓ | ✓ |
| Passenger Air Bag | ✓ | ✓ | ✓ | ✓ |
| Anti-lock Brakes (4) | ✓ | ✓ | ✓ | ✓ |
| Front Side Impact Air Bags | ✓ | ✓ | ✓ | ✓ |
| Backup Camera | ✓ | ✓ | ✓ | ✓ |
| Parking Sensors | ✓ | ✓ | ✓ | ✓ |
| Hands Free | ✓ | ✓ | ✓ | ✓ |
| Alarm | ✗ | ✗ | ✗ | ✓ |
| Traction Control | ✓ | ✓ | ✓ | ✓ |
| Stability Control | ✓ | ✓ | ✓ | ✓ |
| Dual Mirrors | ✓ | ✓ | ✓ | ✓ |
| Body Side Moldings | ✓ | ✓ | ✓ | ✓ |
| Tinted Glass | ✓ | ✓ | ✓ | ✓ |

**Comp 1** Updated Date: 07/27/2024
**2017 Ram Promaster City Cargo Van Tradesman 4 2.4l Gasoline Sequential Mpi**
**VIN** ZFBERFAB9H6G44755
**Dealership** Leith Wendell
**Telephone** (919) 366-8000
**Source** Dealer Ad
**Stock #** DU5716A
**Distance from Wilmington, NC**
109 Miles - Wendell, NC

**Comp 2** Updated Date: 10/07/2024
**2017 Ram Promaster City Cargo Van Tradesman 4 2.4l Gasoline Sequential Mpi**
**VIN** ZFBERFAB8H6E31781
**Dealership** Simple Auto Solutions Llc
**Telephone** (336) 412-2222
**Source** Dealer Ad
**Distance from Wilmington, NC**
162 Miles - Greensboro, NC

**Comp 3** Updated Date: 09/29/2024
**2017 Ram Promaster City Cargo Van Tradesman 4 2.4l Gasoline Sequential Mpi**
**VIN** ZFBERFAB3H6F39970
**Dealership** Oak Ridge Auto Sales
**Telephone** (336) 605-3445
**Source** Autotrader
**Stock #** 1848
**Distance from Wilmington, NC**
170 Miles - Greensboro, NC

**Comparable vehicles** used in the determination of the Base Vehicle Value are not intended to be replacement vehicles but are reflective of the market value, and may no longer be available for sale.

**List Price** is the sticker price of an inspected dealer vehicle and the advertised price for the advertised vehicle.

**Distance** is based upon a straight line between loss and comparable vehicle locations.

[1]The **Condition Adjustment** sets that comparable vehicle to Average Private

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.

# COMPARABLE VEHICLES

| Options | Loss Vehicle | Comp 1 | Comp 2 | Comp 3 |
|---|---|---|---|---|
| Clearcoat Paint | ✔ | ✔ | ✔ | ✔ |
| Metallic Paint | ✔ | ✘ | ✘ | ✔ |
| Trailer Hitch | ✘ | ✘ | ✘ | ✔ |
| Trailering Package | ✘ | ✘ | ✘ | ✔ |
| California Emissions | ✔ | ✔ | ✔ | ✔ |
| **List Price** | | $ 12,980 | $ 11,999 | $ 12,998 |
| **Adjustments:** | | | | |
| Options | | | | - $ 1,002 |
| Mileage | | - $ 1,738 | + $ 324 | - $ 1,646 |
| Condition[1] | | - $ 937 | - $ 937 | - $ 937 |
| **Adjusted Comparable Value** | | **$ 10,305** | **$ 11,386** | **$ 9,413** |

condition, which the loss vehicle is also compared to in the Vehicle Condition section.

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.

# COMPARABLE VEHICLES

## ADDITIONAL COMPARABLE VEHICLES

| Source | Vehicle | Price | Adjusted Comparable Value |
|---|---|---|---|
| **Comp 4**<br>Source: Autotrader<br>Dream Work Automotive Llc<br>Charlotte, NC<br>(980) 480-2101<br>181 Miles From Wilmington, NC | **2017 Ram Promaster City Cargo Van Tradesman 4 2.4l Gasoline Sequential Mpi**<br>Odometer: 138,325<br>VIN: ZFBERFAB0H6D95813<br>Stock #: 2747T<br>Updated Date: 10/07/2024 | $ 10,000 (List) | $ 9,325 |
| **Comp 5**<br>Source: Dealer Ad<br>Adams Auto Group<br>Charlotte, NC<br>(980) 202-6800<br>183 Miles From Wilmington, NC | **2017 Ram Promaster City Cargo Van Tradesman 4 2.4l Gasoline Sequential Mpi**<br>Odometer: 98,127<br>VIN: ZFBERFAB6H6G95145<br>Stock #: A2P-95145<br>Updated Date: 09/07/2024 | $ 14,995 (List) | $ 12,006 |

**Additional Comparable Vehicles** are in summary format, but are adjusted the same as those on the previous page.

**Comparable vehicles** used in the determination of the Base Vehicle Value are not intended to be replacement vehicles but are reflective of the market value, and may no longer be available for sale.

**List Price** is the sticker price of an inspected dealer vehicle and the advertised price for the advertised vehicle.

**Distance** is based upon a straight line between loss and comparable vehicle locations.

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.

# VALUATION NOTES

This Market Valuation Report has been prepared exclusively for use by STATE FARM INSURANCE COMPANIES, and no other person or entity is entitled to or should rely upon this Market Valuation Report and/or any of its contents. CCC is one source of vehicle valuations, and there are other valuation sources available.

Regulations concerning vehicle value include North Carolina Administrative Code Section 11-04.0418.

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.

# SUPPLEMENTAL INFORMATION

## EXPERIAN® AUTOCHECK® VEHICLE HISTORY REPORT

| TITLE CHECK | RESULTS FOUND |
|---|---|
| Abandoned | No Abandoned Record Found |
| Damaged | No Damaged Record Found |
| Fire Damage | No Fire Damage Record Found |
| Grey Market | No Grey Market Record Found |
| Hail Damage | No Hail Damage Record Found |
| Insurance Loss | No Insurance Loss Record Found |
| Junk | No Junk Record Found |
| Rebuilt | No Rebuilt Record Found |
| Salvage | No Salvage Record Found |

| EVENT CHECK | RESULTS FOUND |
|---|---|
| NHTSA Crash Test Vehicle | No NHTSA Crash Test Vehicle Record Found |
| Frame Damage | No Frame Damage Record Found |
| Major Damage Incident | No Major Damage Incident Record Found |
| Manufacturer Buyback/Lemon | No Manufacturer Buyback/Lemon Record Found |
| Odometer Problem | No Odometer Problem Record Found |
| Recycled | No Recycled Record Found |
| Water Damage | No Water Damage Record Found |
| Salvage Auction | No Salvage Auction Record Found |

| VEHICLE INFORMATION | RESULTS FOUND |
|---|---|
| Accident | Accident Record Found |
| Corrected Title | No Corrected Title Record Found |
| Driver Education | No Driver Education Record Found |
| Fire Damage Incident | No Fire Damage Incident Record Found |
| Lease | No Lease Record Found |
| Lien | No Lien Record Found |
| Livery Use | No Livery Use Record Found |
| Government Use | No Government Use Record Found |
| Police Use | No Police Use Record Found |
| Fleet | No Fleet Record Found |
| Rental | No Rental Record Found |
| Fleet and/or Rental | No Fleet and/or Rental Record Found |
| Repossessed | No Repossessed Record Found |
| Taxi use | No Taxi use Record Found |
| Theft | No Theft Record Found |
| Fleet and/or Lease | No Fleet and/or Lease Record Found |
| Emissions Safety Inspection | No Emissions Safety Inspection Record Found |
| Duplicate Title | No Duplicate Title Record Found |

CCC provides STATE FARM INSURANCE COMPANIES information reported by Experian regarding the **2017 Ram ProMaster City Cargo Van (ZFBERFAB1H6G83517)**. This data is provided for informational purposes. Unless otherwise noted in this Valuation Detail, CCC does not adjust the value of the loss vehicle based upon this information.

**LEGEND :**

- No Event Found
- Event Found
- Information Needed

**TITLE CHECK**

THIS VEHICLE CHECKS OUT

AutoCheck's result for this loss vehicle show no significant title events. When found, events often indicate automotive damage or warnings associated with the vehicle.

**EVENT CHECK**

THIS VEHICLE CHECKS OUT

AutoCheck's result for this loss vehicle show no historical events that indicate a significant automotive problem. These problems can indicate past previous car damage, theft, or other significant problems.

**VEHICLE INFORMATION**

INFORMATION FOUND

AutoCheck found additional information on this vehicle. These records will provide more history for this loss vehicle

**ODOMETER CHECK**

THIS VEHICLE CHECKS OUT

AutoCheck's result for this loss vehicle show no indication of odometer rollback or tampering was found. AutoCheck determines odometer rollbacks by searching for records that indicate odometer readings less than a previously reported value. Other odometer events can report events of tampering, or possible odometer breakage.

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.

# SUPPLEMENTAL INFORMATION

## FULL HISTORY REPORT RUN DATE: 10/15/2024

Below are the historical events for this vehicle listed in chronological order.

| EVENT DATE | RESULTS FOUND | ODOMETER READING | DATA SOURCE | EVENT DETAIL |
|---|---|---|---|---|
| 08/25/2017 | WILMINGTON, NC | 12 | Motor Vehicle Dept. | Title (Lien Reported) |
| 08/25/2017 | WILMINGTON, NC | | Motor Vehicle Dept. | Registration Event/ Renewal |
| 08/08/2018 | WILMINGTON, NC | | Motor Vehicle Dept. | Registration Event/ Renewal |
| 12/04/2018 | WILMINGTON, NC | 28249 | Service Record | Air Filter Changed |
| 12/04/2018 | WILMINGTON, NC | | Service Record | Engine Serviced |
| 12/04/2018 | WILMINGTON, NC | | Service Record | Tires or Wheels Service Performed |
| 12/04/2018 | WILMINGTON, NC | | Service Record | Lube, Oil And/Or Filter Changed |
| 03/08/2019 | WILMINGTON, NC | 33962 | Service Record | Multiple Point Vehicle Inspection |
| 03/08/2019 | WILMINGTON, NC | | Service Record | Engine Serviced |
| 03/08/2019 | WILMINGTON, NC | | Service Record | Recommended Maintenance Performed |
| 03/08/2019 | WILMINGTON, NC | | Service Record | Tires or Wheels Service Performed |
| 03/08/2019 | WILMINGTON, NC | | Service Record | Lube, Oil And/Or Filter Changed |
| 05/16/2019 | WILMINGTON, NC | 38437 | Service Record | Fuel System Serviced |
| 05/16/2019 | WILMINGTON, NC | | Service Record | Multiple Point Vehicle Inspection |
| 05/16/2019 | WILMINGTON, NC | | Service Record | Engine Serviced |
| 05/16/2019 | WILMINGTON, NC | | Service Record | Transmission Serviced |
| 05/16/2019 | WILMINGTON, NC | | Service Record | Brakes Serviced |
| 05/16/2019 | WILMINGTON, NC | | Service Record | Tires or Wheels Service Performed |
| 05/16/2019 | WILMINGTON, NC | | Service Record | Lube, Oil And/Or Filter Changed |
| 05/16/2019 | WILMINGTON, NC | | Service Record | Vehicle Fluids Serviced |
| 07/31/2019 | WILMINGTON, NC | | Motor Vehicle Dept. | Registration Event/ Renewal |
| 09/27/2019 | WILMINGTON, NC | 46370 | Service Record | Steering System Serviced |
| 09/27/2019 | WILMINGTON, NC | | Service Record | Engine Serviced |
| 09/27/2019 | WILMINGTON, NC | | Service Record | Brakes Serviced |
| 09/27/2019 | WILMINGTON, NC | | Service Record | Tires or Wheels Service Performed |
| 09/27/2019 | WILMINGTON, NC | | Service Record | Lube, Oil And/Or Filter Changed |

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.

# SUPPLEMENTAL INFORMATION

| EVENT DATE | RESULTS FOUND | ODOMETER READING | DATA SOURCE | EVENT DETAIL |
|---|---|---|---|---|
| 12/09/2019 | WILMINGTON, NC | 50210 | Service Record | Multiple Point Vehicle Inspection |
| 12/09/2019 | WILMINGTON, NC | | Service Record | Engine Serviced |
| 12/09/2019 | WILMINGTON, NC | | Service Record | Recommended Maintenance Performed |
| 12/09/2019 | WILMINGTON, NC | | Service Record | Tires or Wheels Service Performed |
| 12/09/2019 | WILMINGTON, NC | | Service Record | Lube, Oil And/Or Filter Changed |
| 02/07/2020 | WILMINGTON, NC | 53009 | Service Record | Multiple Point Vehicle Inspection |
| 02/07/2020 | WILMINGTON, NC | | Service Record | Engine Serviced |
| 02/07/2020 | WILMINGTON, NC | | Service Record | Recommended Maintenance Performed |
| 02/07/2020 | WILMINGTON, NC | | Service Record | Tires or Wheels Service Performed |
| 02/07/2020 | WILMINGTON, NC | | Service Record | Lube, Oil And/Or Filter Changed |
| 05/20/2020 | WILMINGTON, NC | 58444 | Service Record | Air Filter Changed |
| 05/20/2020 | WILMINGTON, NC | | Service Record | Multiple Point Vehicle Inspection |
| 05/20/2020 | WILMINGTON, NC | | Service Record | Engine Serviced |
| 05/20/2020 | WILMINGTON, NC | | Service Record | Recommended Maintenance Performed |
| 05/20/2020 | WILMINGTON, NC | | Service Record | Brakes Serviced |
| 05/20/2020 | WILMINGTON, NC | | Service Record | Tires or Wheels Service Performed |
| 05/20/2020 | WILMINGTON, NC | | Service Record | Lube, Oil And/Or Filter Changed |
| 08/07/2020 | WILMINGTON, NC | | Motor Vehicle Dept. | Registration Event/ Renewal |
| 09/16/2020 | WILMINGTON, NC | 63631 | Service Record | Multiple Point Vehicle Inspection |
| 09/16/2020 | WILMINGTON, NC | | Service Record | Engine Serviced |
| 09/16/2020 | WILMINGTON, NC | | Service Record | Lube, Oil And/Or Filter Changed |
| 12/09/2020 | WILMINGTON, NC | 67886 | Service Record | Multiple Point Vehicle Inspection |
| 12/09/2020 | WILMINGTON, NC | | Service Record | Engine Serviced |
| 12/09/2020 | WILMINGTON, NC | | Service Record | Lube, Oil And/Or Filter Changed |
| 02/11/2021 | WILMINGTON, NC | 71544 | Service Record | Multiple Point Vehicle Inspection |
| 02/11/2021 | WILMINGTON, NC | | Service Record | Engine Serviced |
| 02/11/2021 | WILMINGTON, NC | | Service Record | Tires or Wheels Service Performed |

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.

# SUPPLEMENTAL INFORMATION

| EVENT DATE | RESULTS FOUND | ODOMETER READING | DATA SOURCE | EVENT DETAIL |
|---|---|---|---|---|
| 02/11/2021 | WILMINGTON, NC | | Service Record | Lube, Oil And/Or Filter Changed |
| 04/12/2021 | WILMINGTON, NC | 74651 | Service Record | Multiple Point Vehicle Inspection |
| 05/14/2021 | WILMINGTON, NC | 76231 | Service Record | Cooling System Serviced |
| 05/14/2021 | WILMINGTON, NC | | Service Record | Heat or Air Conditioning Serviced |
| 05/14/2021 | WILMINGTON, NC | | Service Record | Multiple Point Vehicle Inspection |
| 05/14/2021 | WILMINGTON, NC | | Service Record | Engine Serviced |
| 05/14/2021 | WILMINGTON, NC | | Service Record | Transmission Serviced |
| 05/14/2021 | WILMINGTON, NC | | Service Record | Exhaust System Serviced |
| 05/14/2021 | WILMINGTON, NC | | Service Record | Brakes Serviced |
| 05/14/2021 | WILMINGTON, NC | | Service Record | Electrical System Serviced |
| 06/29/2021 | WILMINGTON, NC | 78288 | Service Record | Multiple Point Vehicle Inspection |
| 06/29/2021 | WILMINGTON, NC | | Service Record | Recommended Maintenance Performed |
| 06/29/2021 | WILMINGTON, NC | | Service Record | Brakes Serviced |
| 07/29/2021 | WILMINGTON, NC | | Motor Vehicle Dept. | Registration Event/ Renewal |
| 08/06/2021 | WILMINGTON, NC | 80107 | Service Record | Heat or Air Conditioning Serviced |
| 08/06/2021 | WILMINGTON, NC | | Service Record | Multiple Point Vehicle Inspection |
| 08/06/2021 | WILMINGTON, NC | | Service Record | Recommended Maintenance Performed |
| 08/18/2021 | WILMINGTON, NC | 80682 | Service Record | Heat or Air Conditioning Serviced |
| 08/18/2021 | WILMINGTON, NC | | Service Record | Multiple Point Vehicle Inspection |
| 01/20/2022 | WILMINGTON, NC | 88132 | Service Record | Multiple Point Vehicle Inspection |
| 01/20/2022 | WILMINGTON, NC | | Service Record | Engine Serviced |
| 01/20/2022 | WILMINGTON, NC | | Service Record | Recommended Maintenance Performed |
| 01/20/2022 | WILMINGTON, NC | | Service Record | Tires or Wheels Service Performed |
| 01/20/2022 | WILMINGTON, NC | | Service Record | Lube, Oil And/Or Filter Changed |
| 07/13/2022 | WILMINGTON, NC | 94647 | Service Record | Multiple Point Vehicle Inspection |
| 07/13/2022 | WILMINGTON, NC | | Service Record | Engine Serviced |
| 07/13/2022 | WILMINGTON, NC | | Service Record | Recommended Maintenance Performed |

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.

# SUPPLEMENTAL INFORMATION

| EVENT DATE | RESULTS FOUND | ODOMETER READING | DATA SOURCE | EVENT DETAIL |
|---|---|---|---|---|
| 07/13/2022 | WILMINGTON, NC | | Service Record | Tires or Wheels Service Performed |
| 07/13/2022 | WILMINGTON, NC | | Service Record | Lube, Oil And/Or Filter Changed |
| 08/01/2022 | WILMINGTON, NC | | Motor Vehicle Dept. | Registration Event/ Renewal |
| 11/23/2022 | WILMINGTON, NC | 99540 | Service Record | Multiple Point Vehicle Inspection |
| 11/23/2022 | WILMINGTON, NC | | Service Record | Engine Serviced |
| 11/23/2022 | WILMINGTON, NC | | Service Record | Recommended Maintenance Performed |
| 11/23/2022 | WILMINGTON, NC | | Service Record | Wipers Replaced And/Or Serviced |
| 11/23/2022 | WILMINGTON, NC | | Service Record | Tires or Wheels Service Performed |
| 11/23/2022 | WILMINGTON, NC | | Service Record | Lube, Oil And/Or Filter Changed |
| 07/03/2023 | WILMINGTON, NC | 107163 | Service Record | Multiple Point Vehicle Inspection |
| 07/03/2023 | WILMINGTON, NC | | Service Record | Engine Serviced |
| 07/03/2023 | WILMINGTON, NC | | Service Record | Recommended Maintenance Performed |
| 07/03/2023 | WILMINGTON, NC | | Service Record | Tires or Wheels Service Performed |
| 07/03/2023 | WILMINGTON, NC | | Service Record | Lube, Oil And/Or Filter Changed |
| 07/20/2023 | WILMINGTON, NC | | Motor Vehicle Dept. | Registration Event/ Renewal |
| 11/13/2023 | WILMINGTON, NC | 113040 | Service Record | Multiple Point Vehicle Inspection |
| 11/13/2023 | WILMINGTON, NC | | Service Record | Engine Serviced |
| 11/13/2023 | WILMINGTON, NC | | Service Record | Recommended Maintenance Performed |
| 11/13/2023 | WILMINGTON, NC | | Service Record | Tires or Wheels Service Performed |
| 11/13/2023 | WILMINGTON, NC | | Service Record | Lube, Oil And/Or Filter Changed |
| 07/12/2024 | WILMINGTON, NC | | Motor Vehicle Dept. | Registration Event/ Renewal |
| 09/24/2024 | WILMINGTON, NC | | Police Report | Accident Reported |
| 09/24/2024 | NC | | Police Report | Vehicle Was Towed |

**AUTOCHECK TERMS AND CONDITIONS:**

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.

# SUPPLEMENTAL INFORMATION

Experian's Reports are compiled from multiple sources. It is not always possible for Experian to obtain complete discrepancy information on all vehicles; therefore, there may be other title brands, odometer readings or discrepancies that apply to a vehicle that are not reflected on that vehicle's Report. Experian searches data from additional sources where possible, but all discrepancies may not be reflected on the Report.

These Reports are based on information supplied to Experian by external sources believed to be reliable, BUT NO RESPONSIBILITY IS ASSUMED BY EXPERIAN OR ITS AGENTS FOR ERRORS, INACCURACIES OR OMISSIONS. THE REPORTS ARE PROVIDED STRICTLY ON AN "AS IS WHERE IS" BASIS, AND EXPERIAN FURTHER EXPRESSLY DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE REGARDING THIS REPORT.

YOU AGREE TO INDEMNIFY EXPERIAN FOR ANY CLAIMS OR LOSSES, INCLUDING COSTS, EXPENSES AND ATTORNEYS FEES, INCURRED BY EXPERIAN ARISING DIRECTLY OR INDIRECTLY FROM YOUR IMPROPER OR UNAUTHORIZED USE OF AUTOCHECK VEHICLE HISTORY REPORTS.

Experian shall not be liable for any delay or failure to provide an accurate report if and to the extent which such delay or failure is caused by events beyond the reasonable control of Experian, including, without limitation, "acts of God", terrorism, or public enemies, labor disputes, equipment malfunctions, material or component shortages, supplier failures, embargoes, rationing, acts of local, state or national governments, or public agencies, utility or communication failures or delays, fire, earthquakes, flood, epidemics, riots and strikes.

These terms and the relationship between you and Experian shall be governed by the laws of the State of Illinois (USA) without regard to its conflict of law provisions. You and Experian agree to submit to the personal and exclusive jurisdiction of the courts located within the county of Cook, Illinois.

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.

# SUPPLEMENTAL INFORMATION

## NHTSA VEHICLE RECALL

The National Highway Traffic Safety Administration has issued 3 safety related recall notices that may apply to the above valued vehicle.

**NHTSA Campaign ID :** 16V953000

**Mfg's Report Date :** DEC 27, 2016

**Component :** AIR BAGS:SIDE/WINDOW

**Summary :** Chrysler (FCA US LLC) is recalling one model year 2017 RAM ProMaster City vehicle manufactured on November 5, 2016. This vehicle has side curtain air bags that may not inflate properly in the event of a crash.

**Consequence :** If the side curtain air bags do not inflate properly, the vehicle occupants are at an increased risk of injury in the event of a crash.

**Remedy :** Chrysler has notified the owner, and a dealer inspected the side curtain air bags, free of charge. The recall began January 17, 2017. Owners may contact Chrysler customer service at 1-800-853-1403. Chrysler's number for this recall is S95.

**Dates Of Manufacture :** NOV 04, 2016 to NOV 04, 2016

**Manufacturer Recall No. :** S95

---

**NHTSA Campaign ID :** 17V601000

**Mfg's Report Date :** SEP 25, 2017

**Component :** EQUIPMENT:OTHER:LABELS

**Potential Number Of Units Affected :** 11288

**Summary :** Chrysler (FCA US LLC) is recalling certain 2015-2017 RAM ProMaster City vehicles. These vehicles have incorrect information on the tire placard including incorrect vehicle capacity weight, total number of occupants, tire pressure and/or "None" designation for the spare tire size when a full size spare tire is present. As such, these vehicles fail to comply with the requirements of Federal Motor Vehicle Safety Standard (FMVSS) number 110, "Tire Selection and Rims."

**Consequence :** The incorrect tire placard can cause the operator to exceed the vehicle's weight capacity, or inflate the tires to an incorrect pressure, affecting vehicle handling, which can increase the risk of a crash.

**Remedy :** Chrysler will notify owners, and dealers will replace the incorrect tire placard with a corrected one, free of charge. The recall began November 17, 2017. Owners may contact Chrysler customer service at 1-800-853-1403. Chrysler's number for this recall is T62.

**Dates Of Manufacture :** SEP 09, 2014 to SEP 04, 2017

**Manufacturer Recall No. :** T62

---

**NHTSA Campaign ID :** 17V824000

**Mfg's Report Date :** DEC 20, 2017

**Component :** EQUIPMENT

**Potential Number Of Units Affected :** 61791

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.

# SUPPLEMENTAL INFORMATION

**Summary :** Chrysler (FCA US LLC) is recalling various Dodge, Chrysler, and RAM vehicles equipped with Kidde Plastic-Handle or Push Button 'Pindicator' Fire Extinguishers. A list of the affected trailer models is available at: https://static.nhtsa.gov/odi/rcl/2017/RMISC-17V824-0103.pdf. These extinguishers may become clogged, preventing the extinguisher from discharging as expected or requiring excessive force to activate the extinguisher. Additionally, in certain models, the nozzle may detach from the valve assembly with enough force that it could cause injury and also render the product inoperable. For a full list of the affected fire extinguisher models visit: https://static.nhtsa.gov/odi/rcl/2017/RMISC-17E062-5427.pdf

**Consequence :** If the fire extinguisher does not function properly, it can increase the risk of injury in the event of a fire.

**Remedy :** Chrysler will notify owners instructing them to contact Kidde for a replacement fire extinguisher, free of charge. The recall began February 14, 2018. Owners may contact Chrysler customer service at 1-800-853-1403 or Kidde customer service service toll-free at 1-855-262-3540, or online at www.kidde.com and click on "Product Safety Recall" for more information. Chrysler's number for this recall is T82.

**Dates Of Manufacture :** NOV 13, 2014 to JUL 30, 2017

**Manufacturer Recall No. :** T82

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.

## Acknowledgement

STATE OF North Carolina

COUNTY OF New Hanover

I certify that Greg Crews personally appeared before me this day, acknowledging to me that he or she signed the foregoing document: Sworn Affidavit.
Name or description of attached document

I further certify that (select one of the following identification options):

☐ I have personal knowledge of the identity of the principal(s)

☑ I have seen satisfactory evidence of the principal's identity, by a current state or federal identification with the principal's photograph in the form of a NC DL.
type of identification

☐ A credible witness, ____________________, has sworn or affirmed to me the
name of credible witness
identity of the principal, and that he or she is not a named party to the foregoing document, and has no interest in the transaction.

Date: Nov. 18th 2025

(Official Seal)

WILLIE H MARTINEZ
NOTARY PUBLIC
PENDER COUNTY, NC

[signature]
Notary Public

Willie H Martinez
Typed or Printed Notary Name

My commission expires: Jan. 26, 2028