# Exhibit B

Declaration of Regina Barrier

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| CRAIG BREWER, STACIE SMITH, and REGINA BARRIER, individually and on behalf of all similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>Defendant. | Case No. 1:25-cv-00904<br><br>**DECLARATION OF REGINA BARRIER** |

I, Regina Barrier, depose and state as follows:

1. My name is Regina Barrier. I am over the age of twenty-one (21), and I am competent in all respects to make this declaration. The facts stated in this declaration are within my personal knowledge and are true.

2. I reside at 2949 Palmer Place, Hudson, NC 28638.

3. I am a plaintiff in this case, and I am currently insured with State Farm Mutual Automobile Insurance Company under Policy number 158 1169-B08-33D, which covers my vehicles for, among other coverages, the total loss of my vehicle.

4. Attached as Exhibit 1 to this declaration is a true and correct copy of my policy renewals for the policy periods of February 8, 2025, through August 8, 2025, February 8, 2026, through August 8, 2026, and August 8, 2026, through February 8, 2027. I have been insured with State Farm under this policy since 1992.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 21,2026

*Regina Barrier*

Regina Barrier

# Exhibit 1

To the Declaration of Regina Barrier

State Farm Mutual Automobile Insurance Company
*PO Box 2358*
*Bloomington IL 61702-2358*

AT1 003260 0008 A-6877 A
BARRIER, REGINA
2949 PALMER PL
HUDSON NC 28638-9250

ST-0102-0002

# AUTO RENEWAL

**PREMIUM PAID: $784.23**

**DO NOT PAY.**

***Your premium is billed through the State Farm Payment Plan***

State Farm Payment Plan Number: 0036714707

**Your State Farm Agent**

ADAM STERKEN INS AGENCY INC

Office: 828-758-9101

Address: 524 FAIRVIEW DR SW
LENOIR, NC 28645-4933

*If you have a new or different car, have added any drivers, or have moved, please contact your agent.*

**Thank you for choosing State Farm.**

**NOTICE: THE PREMIUM THAT WE ARE CHARGING FOR AUTOMOBILE PHYSICAL DAMAGE AND RELATED EXPENSES THAT COVERS THE DAMAGE TO YOUR COVERED VEHICLE(S) EXCEEDS THE PREMIUM BASED UPON THE APPROVED RATES IN NORTH CAROLINA, IN ACCORDANCE WITH G.S. 58-36-30(b).**

**Policy Number: 158 1169-B08-33C**
Policy Period: February 8, 2025 to August 8, 2025

**Vehicles:**

1 2008 TOYOTA HIGHLANDER

2 2018 JEEP WRANGLER

**Principal Drivers:**

| Vehicle | Principal Driver |
|---|---|
| 1 | REGINA BARRIER |
| 2 | REGINA BARRIER |




# Bye-bye clutter, hello green

Enroll in paperless and you'll get emails with links to do things like:

- download or print your auto ID card,
- pay your bill,
- or view documents, like your renewal.



Scan QR to sign up or visit **statefarm.com/paperless**

TP38 c

Vehicle(s) 1,2 - Coverage for rented vehicles

Your policy has the Guaranteed Renewal Endorsement.

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

## VEHICLE INFORMATION

**Review your policy information carefully.** If anything is incorrect, or if there are any changes to your vehicle information, please let us know right away.

| Vehicle | Vehicle Description | Vehicle Identification Number (VIN) | Who principally drives this vehicle? | How is this vehicle normally used? |
|---|---|---|---|---|
| 1 | 2008 TOYOTA HIGHLANDER | JTEES41A782048783 | Our records show the vehicle is most frequently driven by REGINA BARRIER | To work/school 10 or more miles one-way. |
| 2 | 2018 JEEP WRANGLER | 1C4BJWDG5JL910002 | Our records show the vehicle is most frequently driven by REGINA BARRIER | Pleasure. |

### Other Household Vehicle(s)

Your premium may be influenced by other State Farm policies that currently insure the following vehicle(s) in your household:

2007 CHEVROLET K1500

### Premium Adjustment

Comprehensive and collision rates are based upon State Farm's loss experience. This loss experience is reviewed periodically to determine which makes and models have earned decreases or increases from State Farm's standard comprehensive and collision rates. If you carry comprehensive and/or collision coverages, these adjustments are reflected in the rates shown on this renewal notice.

## DRIVER INFORMATION

### Driver(s) of your Vehicle(s)

Our records indicate the following individual(s) are driver(s) of the vehicle(s) on your policy.

| Name | Driving Experience |
|---|---|
| REGINA BARRIER | 42 years |

### Other Household Driver(s)

In addition to the drivers of the vehicle(s) on this policy, our records indicate the individual(s) listed below are driving other vehicles in your household.

JOSHUA E BARRIER

### Principal Driver

For each automobile, the **Principal Driver** is the individual who most frequently drives it.

State Farm®

## IMPORTANT NOTICE REGARDING YOUR PREMIUM

State Farm works hard to offer you the best combination of price, service, and protection. The amount you pay for automobile insurance is determined by many factors such as the coverages you have, where you live, the kind of car you drive, how your car is used, who drives the car, and information from consumer reports.

You have the right to request, no more than once during a 12-month period, that your policy be re-rated using a current credit-based insurance score. Re-rating could result in a lower rate, no change in rate, or a higher rate.

**Notice of insurance information collection practices - personal, family, or household insurance transactions:** We often collect personal information from persons other than the individual or individuals listed on the policy. Such personal information may, in certain circumstances, be disclosed to third parties without your authorization. If you would like additional information concerning the collection and disclosure of personal information - and your right to see and correct any personal information in your files - it will be furnished upon request.

ST-0202-0002

## COVERAGE AND LIMITS *See your policy for an explanation of these coverages.*

| | | Vehicle 1 | Vehicle 2 |
|---|---|---|---|
| A | Liability Bodily Injury 100,000/300,000 | $178.18 | $206.40 |
| | Property Damage 25,000 | Included | Included |
| C | Medical Payments 1,000 | $4.94 | $6.22 |
| D | Other Than Collision | $51.94 | $52.62 |
| G | 100 Deductible Collision | $88.49 | $64.90 |
| H50 | Towing and Labor Cost | $2.77 | $2.77 |
| R1 | Increased Limits Transportation Expenses Coverage | | |
| | $30/$900 | $13.00 | $13.00 |
| U1 | Combined Uninsured/Underinsured Motor Vehicle | | |
| | Bodily Injury 100,000/300,000 | $95.00 | — |
| | Property Damage 25,000 | Included | — |
| | Coverage for Rented Vehicles | $2.00 | $2.00 |
| **Premium by Vehicle** | | **$436.32** | **$347.91** |
| **Total Premium** | | | **$784.23** |

**Coverage U1 applies once per policy to all vehicles.**

If any coverage you carry is changed to give broader protection with no additional premium charge, we will give you the broader protection without issuing a new policy, starting on the date we adopt the broader protection.

**NOTICE OF RIGHT TO PURCHASE HIGHER LIMITS OF UM/UIM** NOTICE: YOU ARE REQUIRED TO PURCHASE UNINSURED MOTORIST BODILY INJURY COVERAGE, UNINSURED MOTORIST PROPERTY DAMAGE COVERAGE AND, IN SOME CASES, UNDERINSURED MOTORIST BODILY INJURY COVERAGE. THIS INSURANCE PROTECTS YOU AND YOUR FAMILY AGAINST INJURIES AND PROPERTY DAMAGE CAUSED BY THE NEGLIGENCE OF OTHER DRIVERS WHO MAY HAVE LIMITED OR ONLY MINIMUM COVERAGE OR EVEN NO LIABILITY INSURANCE. YOU MAY PURCHASE UNINSURED MOTORIST BODILY INJURY COVERAGE AND, IF APPLICABLE, UNDERINSURED MOTORISTS COVERAGE WITH LIMITS UP TO ONE MILLION DOLLARS ($1,000,000) PER PERSON AND ONE MILLION DOLLARS ($1,000,000) PER ACCIDENT OR AT SUCH LESSER LIMITS YOU CHOOSE. YOU CANNOT PURCHASE COVERAGE FOR LESS THAN THE MINIMUM LIMITS FOR THE BODILY INJURY AND PROPERTY DAMAGE COVERAGE THAT ARE REQUIRED FOR YOUR OWN VEHICLE. IF YOU DO NOT CHOOSE A GREATER OR LESSER LIMIT FOR UNINSURED MOTORIST BODILY INJURY COVERAGE, A LESSER LIMIT FOR UNINSURED MOTORIST PROPERTY DAMAGE COVERAGE, AND/OR

*(continued on next page)*

## COVERAGE AND LIMITS *continued*

A GREATER OR LESSER LIMIT FOR UNDERINSURED MOTORIST BODILY INJURY COVERAGE, THEN THE LIMITS FOR THE UNINSURED MOTORISTS BODILY INJURY COVERAGE AND, IF APPLICABLE, THE UNDERINSURED MOTORIST BODILY INJURY COVERAGE WILL BE THE SAME AS THE HIGHEST LIMITS FOR BODILY INJURY LIABILITY COVERAGE FOR ANY ONE OF YOUR OWN VEHICLES INSURED UNDER THE POLICY AND THE LIMITS FOR THE UNINSURED MOTORIST PROPERTY DAMAGE COVERAGE WILL BE THE SAME AS THE HIGHEST LIMITS FOR PROPERTY DAMAGE LIABILITY COVERAGE FOR ANY ONE OF YOUR OWN VEHICLES INSURED UNDER THE POLICY.

IF YOU WISH TO PURCHASE UNINSURED MOTORIST AND, IF APPLICABLE, UNDERINSURED MOTORIST COVERAGE AT DIFFERENT LIMITS THAN THE LIMITS FOR YOUR OWN VEHICLE INSURED UNDER THE POLICY, THEN YOU SHOULD CONTACT YOUR INSURANCE COMPANY OR AGENT TO DISCUSS YOUR OPTIONS FOR OBTAINING DIFFERENT COVERAGE LIMITS. YOU SHOULD ALSO READ YOUR ENTIRE POLICY TO UNDERSTAND WHAT IS COVERED UNDER UNINSURED AND UNDERINSURED MOTORIST COVERAGES.

## PREMIUM REDUCTIONS *These adjustments have already been applied to your premium.*

| | Vehicle 1 | Vehicle 2 |
|---|---|---|
| Multiple Line | ✓ | ✓ |
| Multicar | ✓ | ✓ |
| Air Bag | ✓ | ✓ |
| Accident-Free | ✓ | ✓ |

## ADDITIONAL INFORMATION

If any information on this renewal notice is incomplete or inaccurate, or if you want to confirm the information we have in our records, please contact your agent. For additional information regarding discounts or coverages, see your State Farm agent or visit statefarm.com®.

## Buying a new car? Remember to contact your agent!

When you buy an additional car or one that replaces a car already on your policy, you need to report the change to your agent **promptly.** Even though the dealership you purchased the car from may offer to notify your agent or insurance company, you, as the named insured, are responsible for reporting all changes to your auto policy. By contacting your agent, you can help:

- avoid any complications or lack of coverage in the event of an accident or loss,
- avoid insurance verification problems with a lienholder, the police, or the department of motor vehicles, and
- ensure that you receive any new discounts you may be entitled to.

Your current State Farm policy automatically provides certain coverages for a new or replacement car for up to a specified, limited number of days after you take possession of the car. Please refer to your policy for the number of days that applies in your state.

If you have any questions about coverage for a newly acquired car, please contact your State Farm agent.

*Disclaimer: This message is provided for informational purposes only and does not grant any insurance coverage. The terms and conditions of coverage are set forth in your State Farm Car Policy booklet, the most recently issued Declarations Page, and any applicable endorsements.*

State Farm Mutual Automobile Insurance Company

*PO Box 2358*
*Bloomington IL 61702-2358*

AT1 005454 0008 A-6877 A
BARRIER, REGINA
2949 PALMER PL
HUDSON NC 28638-9250

ST-0102-0002

# AUTO RENEWAL

**PREMIUM PAID: $1,055.82**

**DO NOT PAY.**

*Your premium is billed through the State Farm Payment Plan*

State Farm Payment Plan Number: 0036714707

**Your State Farm Agent**

ADAM STERKEN INS AGENCY INC

Office: 828-758-9101

Address: 524 FAIRVIEW DR SW
LENOIR, NC 28645-4933

*If you have a new or different car, have added any drivers, or have moved, please contact your agent.*

**Thank you for choosing State Farm.**

**NOTICE: THE PREMIUM THAT WE ARE CHARGING FOR AUTOMOBILE PHYSICAL DAMAGE AND RELATED EXPENSES THAT COVERS THE DAMAGE TO YOUR COVERED VEHICLE(S) EXCEEDS THE PREMIUM BASED UPON THE APPROVED RATES IN NORTH CAROLINA, IN ACCORDANCE WITH G.S. 58-36-30(b).**

**Policy Number: 158 1169-B08-33D**
Policy Period: February 8, 2026 to August 8, 2026

**Vehicles:**

1 2008 TOYOTA HIGHLANDER

2 2018 JEEP WRANGLER

**Principal Drivers:**

| Vehicle | Principal Driver |
|---|---|
| 1 | REGINA BARRIER |
| 2 | REGINA BARRIER |




# Bye-bye clutter, hello green

Enroll in paperless and you'll get emails with links to do things like:

- download or print your auto ID card,
- pay your bill,
- or view documents, like your renewal.



Scan QR to sign up or visit **statefarm.com/paperless**

TP38 c

Vehicle(s) 1,2 - Coverage for rented vehicles

Your policy has the Guaranteed Renewal Endorsement.

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

## VEHICLE INFORMATION

**Review your policy information carefully**. If anything is incorrect, or if there are any changes to your vehicle information, please let us know right away.

| Vehicle | Vehicle Description | Vehicle Identification Number (VIN) | Who principally drives this vehicle? | How is this vehicle normally used? |
|---|---|---|---|---|
| 1 | 2008 TOYOTA HIGHLANDER | JTEES41A782048783 | Our records show the vehicle is most frequently driven by REGINA BARRIER | To work/school 10 or more miles one-way. |
| 2 | 2018 JEEP WRANGLER | 1C4BJWDG5JL910002 | Our records show the vehicle is most frequently driven by REGINA BARRIER | Pleasure. |

### Other Household Vehicle(s)

Your premium may be influenced by other State Farm policies that currently insure the following vehicle(s) in your household:

2007 CHEVROLET K1500

### Premium Adjustment

Comprehensive and collision rates are based upon State Farm's loss experience. This loss experience is reviewed periodically to determine which makes and models have earned decreases or increases from State Farm's standard comprehensive and collision rates. If you carry comprehensive and/or collision coverages, these adjustments are reflected in the rates shown on this renewal notice.

## DRIVER INFORMATION

### Driver(s) of your Vehicle(s)

Our records indicate the following individual(s) are driver(s) of the vehicle(s) on your policy.

| Name | Driving Experience |
|---|---|
| REGINA BARRIER | 43 years |

### Other Household Driver(s)

In addition to the drivers of the vehicle(s) on this policy, our records indicate the individual(s) listed below are driving other vehicles in your household.

JOSHUA E BARRIER

### Principal Driver

For each automobile, the **Principal Driver** is the individual who most frequently drives it.

ST-
0202-0002

## IMPORTANT NOTICE REGARDING YOUR PREMIUM

State Farm works hard to offer you the best combination of price, service, and protection. The amount you pay for automobile insurance is determined by many factors such as the coverages you have, where you live, the kind of car you drive, how your car is used, who drives the car, and information from consumer reports.

You have the right to request, no more than once during a 12-month period, that your policy be re-rated using a current credit-based insurance score. Re-rating could result in a lower rate, no change in rate, or a higher rate.

**Notice of insurance information collection practices - personal, family, or household insurance transactions:** We often collect personal information from persons other than the individual or individuals listed on the policy. Such personal information may, in certain circumstances, be disclosed to third parties without your authorization. If you would like additional information concerning the collection and disclosure of personal information - and your right to see and correct any personal information in your files - it will be furnished upon request.

## COVERAGE AND LIMITS *See your policy for an explanation of these coverages.*

| | | Vehicle 1 | Vehicle 2 |
|---|---|---|---|
| A | Liability Bodily Injury 100,000/300,000 | $239.14 | $296.81 |
| | Property Damage 50,000 | Included | Included |
| C | Medical Payments 1,000 | $6.86 | $8.69 |
| D | Other Than Collision | $62.74 | $60.58 |
| G | 100 Deductible Collision | $125.88 | $110.06 |
| H50 | Towing and Labor Cost | $1.83 | $1.83 |
| R1 | Increased Limits Transportation Expenses Coverage | | |
| | $30/$900 | $13.06 | $13.06 |
| U1 | Combined Uninsured/Underinsured Motor Vehicle | | |
| | Bodily Injury 100,000/300,000 | $111.28 | — |
| | Property Damage 50,000 | Included | — |
| | Coverage for Rented Vehicles | $2.00 | $2.00 |
| **Premium by Vehicle** | | **$562.79** | **$493.03** |
| **Total Premium** | | | **$1,055.82** |

**Coverage U1 applies once per policy to all vehicles.**

If any coverage you carry is changed to give broader protection with no additional premium charge, we will give you the broader protection without issuing a new policy, starting on the date we adopt the broader protection.

**NOTICE OF RIGHT TO PURCHASE HIGHER LIMITS OF UM/UIM** NOTICE: YOU ARE REQUIRED TO PURCHASE UNINSURED MOTORISTS BODILY INJURY COVERAGE, UNINSURED MOTORIST PROPERTY DAMAGE COVERAGE AND, UNDERINSURED MOTORIST BODILY INJURY COVERAGE. THIS INSURANCE PROTECTS YOU AND YOUR FAMILY AGAINST INJURIES AND PROPERTY DAMAGE CAUSED BY THE NEGLIGENCE OF OTHER DRIVERS WHO MAY HAVE LIMITED OR ONLY MINIMUM COVERAGE OR EVEN NO LIABILITY INSURANCE. YOU MAY PURCHASE UNINSURED MOTORIST BODILY INJURY COVERAGE AND UNDERINSURED MOTORISTS BODILY INJURY COVERAGE WITH LIMITS UP TO ONE MILLION DOLLARS ($1,000,000) PER PERSON AND ONE MILLION DOLLARS ($1,000,000) PER ACCIDENT OR AT SUCH LESSER LIMITS YOU CHOOSE. YOU CANNOT PURCHASE COVERAGE FOR LESS THAN THE MINIMUM LIMITS FOR THE BODILY INJURY AND PROPERTY DAMAGE COVERAGE THAT ARE REQUIRED FOR YOUR OWN VEHICLE. IF YOU DO NOT CHOOSE A GREATER OR LESSER LIMIT FOR UNINSURED MOTORIST BODILY INJURY COVERAGE, A LESSER LIMIT FOR UNINSURED MOTORIST PROPERTY DAMAGE COVERAGE, AND/OR A GREATER OR LESSER LIMIT FOR UNDERINSURED

*(continued on next page)*

## COVERAGE AND LIMITS *continued*

MOTORIST BODILY INJURY COVERAGE, THEN THE LIMITS FOR THE UNINSURED MOTORISTS BODILY INJURY COVERAGE AND THE UNDERINSURED MOTORIST BODILY INJURY COVERAGE WILL BE THE SAME AS THE HIGHEST LIMITS FOR BODILY INJURY LIABILITY COVERAGE FOR ANY ONE OF YOUR OWN VEHICLES INSURED UNDER THE POLICY AND THE LIMITS FOR THE UNINSURED MOTORIST PROPERTY DAMAGE COVERAGE WILL BE THE SAME AS THE HIGHEST LIMITS FOR PROPERTY DAMAGE LIABILITY COVERAGE FOR ANY ONE OF YOUR OWN VEHICLES INSURED UNDER THE POLICY. IF YOU WISH TO PURCHASE UNINSURED MOTORIST AND UNDERINSURED MOTORIST COVERAGE AT DIFFERENT LIMITS THAN THE LIMITS FOR YOUR OWN VEHICLE INSURED UNDER THE POLICY, THEN YOU SHOULD CONTACT YOUR INSURANCE COMPANY OR AGENT TO DISCUSS YOUR OPTIONS FOR OBTAINING DIFFERENT COVERAGE LIMITS. YOU SHOULD ALSO READ YOUR ENTIRE POLICY TO UNDERSTAND WHAT IS COVERED UNDER UNINSURED AND UNDERINSURED MOTORIST COVERAGES.

## PREMIUM REDUCTIONS *These adjustments have already been applied to your premium.*

| | Vehicle 1 | Vehicle 2 |
|---|---|---|
| Multiple Line | ✓ | ✓ |
| Multicar | ✓ | ✓ |
| Air Bag | ✓ | ✓ |
| Accident-Free | ✓ | |

## SURCHARGES *These adjustments have already been applied to your premium.*

| | Vehicle 1 | Vehicle 2 |
|---|---|---|
| Safe Driver Insurance Plan | $160.00 | $157.00 |
| Accidents/Violations: OCT 14 2025 | | |
| **Surcharges by Vehicle** | **$160.00** | **$157.00** |
| **Total Surcharges** | | **$317.00** |

## ADDITIONAL INFORMATION

If any information on this renewal notice is incomplete or inaccurate, or if you want to confirm the information we have in our records, please contact your agent. For additional information regarding discounts or coverages, see your State Farm agent or visit statefarm.com®.

## Buying a new car? Remember to contact your agent!

When you buy an additional car or one that replaces a car already on your policy, you need to report the change to your agent **promptly.** Even though the dealership you purchased the car from may offer to notify your agent or insurance company, you, as the named insured, are responsible for reporting all changes to your auto policy. By contacting your agent, you can help:

- avoid any complications or lack of coverage in the event of an accident or loss,
- avoid insurance verification problems with a lienholder, the police, or the department of motor vehicles, and
- ensure that you receive any new discounts you may be entitled to.

Your current State Farm policy automatically provides certain coverages for a new or replacement car for up to a specified, limited number of days after you take possession of the car. Please refer to your policy for the number of days that applies in your state.

If you have any questions about coverage for a newly acquired car, please contact your State Farm agent.

*Disclaimer: This message is provided for informational purposes only and does not grant any insurance coverage. The terms and conditions of coverage are set forth in your State Farm Car Policy booklet, the most recently issued Declarations Page, and any applicable endorsements.*

State Farm Mutual Automobile Insurance Company
PO Box 2358
Bloomington IL 61702-2358

State Farm®

AT2 004814 0008 A-6877 A
BARRIER, REGINA
2949 PALMER PL
HUDSON NC 28638-9250

# AUTO RENEWAL

**PREMIUM PAID: $1,048.71**
DO NOT PAY.
*Your premium is billed through the State Farm Payment Plan*
State Farm Payment Plan Number: 0036714707

**Policy Number: 158 1169-B08-33D**
Policy Period: August 8, 2026 to February 8, 2027

**Vehicles:**
1 2008 TOYOTA HIGHLANDER
2 2018 JEEP WRANGLER

**Principal Drivers:**

| Vehicle | Principal Driver |
|---|---|
| 1 | REGINA BARRIER |
| 2 | REGINA BARRIER |

**Your State Farm Agent**
ADAM STERKEN INS AGENCY INC
Office: 828-758-9101
Address: 524 FAIRVIEW DR SW
LENOIR, NC 28645-4933

*If you have a new or different car, have added any drivers, or have moved, please contact your agent.*

Thank you for choosing State Farm.

**NOTICE: THE PREMIUM THAT WE ARE CHARGING FOR AUTOMOBILE PHYSICAL DAMAGE AND RELATED EXPENSES THAT COVERS THE DAMAGE TO YOUR COVERED VEHICLE(S) EXCEEDS THE PREMIUM BASED UPON THE APPROVED RATES IN NORTH CAROLINA, IN ACCORDANCE WITH G.S. 58-36-30(b).**





CONVENIENCE SAVES
TIME, MONEY
... AND TREES.

You have the option to pay your bills online by opting for ePayment on **statefarm.com®**.

*Get to a better State®.*

TP06

010033

Vehicle(s) 1,2 - Coverage for rented vehicles

Your policy has the Guaranteed Renewal Endorsement.

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

## VEHICLE INFORMATION

**Review your policy information carefully.** If anything is incorrect, or if there are any changes to your vehicle information, please let us know right away.

| Vehicle | Vehicle Description | Vehicle Identification Number (VIN) | Who principally drives this vehicle? | How is this vehicle normally used? |
|---|---|---|---|---|
| 1 | 2008 TOYOTA HIGHLANDER | JTEES41A782048783 | Our records show the vehicle is most frequently driven by REGINA BARRIER | To work/school 10 or more miles one-way. |
| 2 | 2018 JEEP WRANGLER | 1C4BJWDG5JL910002 | Our records show the vehicle is most frequently driven by REGINA BARRIER | Pleasure. |

## DRIVER INFORMATION

**Driver(s) of your Vehicle(s)**

Our records indicate the following individual(s) are driver(s) of the vehicle(s) on your policy.

| Name | Driving Experience |
|---|---|
| REGINA BARRIER | 43 years |

**Principal Driver**

For each automobile, the **Principal Driver** is the individual who most frequently drives it.

## IMPORTANT NOTICE REGARDING YOUR PREMIUM

State Farm works hard to offer you the best combination of price, service, and protection. The amount you pay for automobile insurance is determined by many factors such as the coverages you have, where you live, the kind of car you drive, how your car is used, who drives the car, and information from consumer reports.

Your premium was determined by the information on drivers, driving records, and other information you provided, as well as consumer report information, including: Time Since Most Recent Account Delinquency; Presence of an Adverse Item in the Last 60 Months; Number of revolving accounts with a high percent of balance to credit limit; Percent balance to high credit for bank revolving accounts reported in the last 6 months.

Consumer report reference number: 26159010334943

Credit information was obtained on: REGINA BARRIER

You have the right to request, no more than once during a 12-month period, that your policy be re-rated using a current credit-based insurance score. Re-rating could result in a lower rate, no change in rate, or a higher rate.

Please refer to the enclosed insert for additional information.

**Notice of insurance information collection practices - personal, family, or household insurance transactions:** We often collect personal information from persons other than the individual or individuals listed on the policy. Such personal information may, in certain circumstances, be disclosed to third parties without your authorization. If you would like additional information concerning the collection and disclosure of personal information - and your right to

*(continued on next page)*

## IMPORTANT NOTICE REGARDING YOUR PREMIUM *continued*

see and correct any personal information in your files - it will be furnished upon request.

## COVERAGE AND LIMITS *See your policy for an explanation of these coverages.*

| | | Vehicle 1 | Vehicle 2 |
|---|---|---|---|
| A | Liability Bodily Injury 100,000/300,000 | $227.59 | $278.65 |
| | Property Damage 50,000 | Included | Included |
| C | Medical Payments 1,000 | $7.36 | $9.00 |
| D | Other Than Collision | $67.79 | $64.30 |
| G | 100 Deductible Collision | $133.95 | $115.01 |
| H50 | Towing and Labor Cost | $1.83 | $1.83 |
| R1 | Increased Limits Transportation Expenses Coverage | | |
| | $30/$900 | $13.06 | $13.06 |
| U1 | Combined Uninsured/Underinsured Motor Vehicle | | |
| | Bodily Injury 100,000/300,000 | $111.28 | — |
| | Property Damage 50,000 | Included | — |
| | Coverage for Rented Vehicles | $2.00 | $2.00 |
| Premium by Vehicle | | $564.86 | $483.85 |
| **Total Premium** | | | $1,048.71 |

**Coverage U1 applies once per policy to all vehicles.**

If any coverage you carry is changed to give broader protection with no additional premium charge, we will give you the broader protection without issuing a new policy, starting on the date we adopt the broader protection.

**NOTICE OF RIGHT TO PURCHASE HIGHER LIMITS OF UM/UIM** NOTICE: YOU ARE REQUIRED TO PURCHASE UNINSURED MOTORISTS BODILY INJURY COVERAGE, UNINSURED MOTORIST PROPERTY DAMAGE COVERAGE AND, UNDERINSURED MOTORIST BODILY INJURY COVERAGE. THIS INSURANCE PROTECTS YOU AND YOUR FAMILY AGAINST INJURIES AND PROPERTY DAMAGE CAUSED BY THE NEGLIGENCE OF OTHER DRIVERS WHO MAY HAVE LIMITED OR ONLY MINIMUM COVERAGE OR EVEN NO LIABILITY INSURANCE. YOU MAY PURCHASE UNINSURED MOTORIST BODILY INJURY COVERAGE AND UNDERINSURED MOTORISTS BODILY INJURY COVERAGE WITH LIMITS UP TO ONE MILLION DOLLARS ($1,000,000) PER PERSON AND ONE MILLION DOLLARS ($1,000,000) PER ACCIDENT OR AT SUCH LESSER LIMITS YOU CHOOSE. YOU CANNOT PURCHASE COVERAGE FOR LESS THAN THE MINIMUM LIMITS FOR THE BODILY INJURY AND PROPERTY DAMAGE COVERAGE THAT ARE REQUIRED FOR YOUR OWN VEHICLE. IF YOU DO NOT CHOOSE A GREATER OR LESSER LIMIT FOR UNINSURED MOTORIST BODILY INJURY COVERAGE, A LESSER LIMIT FOR UNINSURED MOTORIST PROPERTY DAMAGE COVERAGE, AND/OR A GREATER OR LESSER LIMIT FOR UNDERINSURED MOTORIST BODILY INJURY COVERAGE, THEN THE LIMITS FOR THE UNINSURED MOTORISTS BODILY INJURY COVERAGE AND THE UNDERINSURED MOTORIST BODILY INJURY COVERAGE WILL BE THE SAME AS THE HIGHEST LIMITS FOR BODILY INJURY LIABILITY COVERAGE FOR ANY ONE OF YOUR OWN VEHICLES INSURED UNDER THE POLICY AND THE LIMITS FOR THE UNINSURED MOTORIST PROPERTY DAMAGE COVERAGE WILL BE THE SAME AS THE HIGHEST LIMITS FOR PROPERTY DAMAGE LIABILITY COVERAGE FOR ANY ONE OF YOUR OWN VEHICLES INSURED UNDER THE POLICY. IF YOU WISH TO PURCHASE UNINSURED MOTORIST AND UNDERINSURED MOTORIST COVERAGE AT DIFFERENT LIMITS THAN THE LIMITS FOR YOUR OWN VEHICLE INSURED UNDER THE POLICY, THEN YOU

*(continued on next page)*

## COVERAGE AND LIMITS *continued*

SHOULD CONTACT YOUR INSURANCE COMPANY OR AGENT TO DISCUSS YOUR OPTIONS FOR OBTAINING DIFFERENT COVERAGE LIMITS. YOU SHOULD ALSO READ YOUR ENTIRE POLICY TO UNDERSTAND WHAT IS COVERED UNDER UNINSURED AND UNDERINSURED MOTORIST COVERAGES.

## PREMIUM REDUCTIONS *These adjustments have already been applied to your premium.*

| | Vehicle 1 | Vehicle 2 |
|---|---|---|
| Multiple Line | ✓ | ✓ |
| Multicar | ✓ | ✓ |
| Air Bag | ✓ | ✓ |
| Accident-Free | ✓ | |

## SURCHARGES *These adjustments have already been applied to your premium.*

| | Vehicle 1 | Vehicle 2 |
|---|---|---|
| Safe Driver Insurance Plan | $160.00 | $157.00 |
| Accidents/Violations: OCT 14 2025 | | |
| Surcharges by Vehicle | $160.00 | $157.00 |
| Total Surcharges | | $317.00 |

## ADDITIONAL INFORMATION

If any information on this renewal notice is incomplete or inaccurate, or if you want to confirm the information we have in our records, please contact your agent. For additional information regarding discounts or coverages, see your State Farm agent or visit statefarm.com®.

## Buying a new car? Remember to contact your agent!

When you buy an additional car or one that replaces a car already on your policy, you need to report the change to your agent **promptly.** Even though the dealership you purchased the car from may offer to notify your agent or insurance company, you, as the named insured, are responsible for reporting all changes to your auto policy. By contacting your agent, you can help:

- avoid any complications or lack of coverage in the event of an accident or loss,
- avoid insurance verification problems with a lienholder, the police, or the department of motor vehicles, and
- ensure that you receive any new discounts you may be entitled to.

Your current State Farm policy automatically provides certain coverages for a new or replacement car for up to a specified, limited number of days after you take possession of the car. Please refer to your policy for the number of days that applies in your state.

If you have any questions about coverage for a newly acquired car, please contact your State Farm agent.

*Disclaimer: This message is provided for informational purposes only and does not grant any insurance coverage. The terms and conditions of coverage are set forth in your State Farm Car Policy booklet, the most recently issued Declarations Page, and any applicable endorsements.*