**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| CRAIG BREWER, STACIE SMITH, and REGINA BARRIER, individually and on behalf of all similarly situated persons,<br><br>Plaintiff,<br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>Defendant. | Case No. 1:25-cv-00904-CCE-JLW |

**AMENDED JOINT MOTION FOR ENTRY OF STIPULATED CONFIDENTIALITY ORDER**

Pursuant to Fed. R. Civ. P. 26(c) and Local Rule 26.2, Plaintiffs Craig Brewer, Stacie Smith, and Regina Barrier (collectively, "Plaintiffs") and Defendant State Farm Mutual Automobile Insurance Company ("State Farm") (collectively with Plaintiffs, the "Parties") jointly move the Court to enter the proposed Stipulated Confidentiality Order that is attached to this Motion as Exhibit A. The Parties respectfully submit that the entry of this proposed order will facilitate the production of documents and information in this matter that contain confidential or sensitive business, financial, and personal information, the disclosure of which could cause serious harm.

The Parties have conferred in good faith regarding the content of the proposed order and have jointly prepared the language in this order.

WHEREFORE, the Parties respectfully request that this Court enter the proposed Stipulated Confidentiality Order.

Respectfully submitted this 7th day of October, 2026.


**HEMMINGS & STEVENS, PLLC**

*/s/ Aaron C. Hemmings*
Aaron C. Hemmings
NC Bar No.: 29810
Kelly A. Stevens
NC Bar No.: 27066
5540 McNeely Drive, Suite 202
Raleigh, NC 27612
Phone: (919) 277-0161
ahemmings@hemmingsandstevens.com
kstevens@hemmingsandstevens.com

***Counsel for the Plaintiff***

**ALSTON & BIRD LLP**

*/s/ Matthew P. McGuire*
Matthew P. McGuire
N.C. State Bar No. 20048
555 Fayetteville St., Suite 600
Raleigh, NC 27601
Telephone: (919) 862 2279
matt.mcguire@alston.com

Daniel F. Diffley
Georgia Bar No. 221703
Blake M. Simon
Georgia Bar No. 894927
Melissa G. Quintana
Georgia Bar No. 891573
1201 W. Peachtree Street
Atlanta, Georgia 30309
Telephone: (404) 881-7000
dan.diffley@alston.com
blake.simon@alston.com
melissa.quintana@alston.com

***Counsel for State Farm Mutual Automobile Insurance Company***

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2026, a true and correct copy of the foregoing was filed with the Clerk of the Court by using the CM/ECF system. Notice of this filing will be sent by operation of the Court's CM/ECF system to all counsel of record.

*/s/ Matthew P. McGuire*
Matthew P. McGuire