**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| CRAIG BREWER, STACIE SMITH, and REGINA BARRIER, individually and on behalf of all similarly situated persons,<br><br>Plaintiffs,<br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>Defendant. | Case No. 1:25-cv-00904-CCE-JLW |

**[PROPOSED] ORDER GRANTING AMENDED JOINT MOTION FOR ENTRY OF STIPULATED CONFIDENTIALITY ORDER**

**THIS MATTER** is before the Court on the parties' Amended Joint Motion for Entry of Stipulated Confidentiality Order. Upon review and consideration, the Court finds that good cause exists to grant the motion, and the parties' motion is thus **GRANTED**.

**SO ORDERED**, this ______ day of _________________, 2026.

_______________________________
HON. JOANNA GIBSON MCFADDEN
UNITED STATES MAGISTRATE JUDGE